**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Council For Aid To Education, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 95-4570253 |

**4.** **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1732 First Avenue New York, NY 10120-8000 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| New York | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL)  www.CAE.org

**6.** **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Council For Aid To Education, Inc.                                    Case number *(if known)* _____

Name

**7.    Describe debtor's business**        A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑  None of the above

B. *Check all that apply*

☑  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11. *Check **all** that apply:*

☑  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No.

☐  Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑  No

☐  Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    Council For Aid To Education, Inc.               Case number (*if known*) _____

     Name

---

**11. Why is the case filed in *this district?***
  *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code

    **Is the property insured?**

- [ ] No
- [ ] Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .    *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999

- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000

- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

---

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million

- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million

- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

---

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million

- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million

- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

---

| Debtor | Council For Aid To Education, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 30, 2021
                MM / DD / YYYY

X _____        Robert J. Yayac
Signature of authorized representative of debtor        Printed name

Title   CEO and President

**18. Signature of attorney**

X _____        Date   June 30, 2021
Signature of attorney for debtor                MM / DD / YYYY

James B. Sowka
Printed name

Seyfarth Shaw LLP
Firm name

233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
Number, Street, City, State & ZIP Code

Contact phone   312-460-5000        Email address   jsowka@seyfarth.com

6291998 IL
Bar number and State

Conflict Counsel:

Jeffrey A. Cooper
Rabinowitz, Lubetkin & Tully LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100, ext. 118

# RESOLUTIONS OF BOARD OF DIRECTORS OF
# COUNCIL FOR AID TO EDUCATION, INC.

### June 24, 2021

The undersigned, being all the Directors of Council for Aid to Education, Inc. a Delaware not-for-profit corporation, (the "**Company**"), acting by written consent without a meeting, do hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**A.  Chapter 11 Case.**

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that Robert Yayac ("**Authorized Officer(s)**") be, and hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

**B.  Retention of Professionals**

**RESOLVED FURTHER**, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of Seyfarth Shaw LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Seyfarth Shaw LLP.

**RESOLVED FURTHER**, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of Rabinowitz, Lubetkin & Tully, LLC as co-bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Rabinowitz, Lubetkin & Tully, LLC.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case.

## C.  <u>General</u>

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board of Directors.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, THE UNDERSIGNED BOARD OF DIRECTORS HAVE DULY EXECUTED THESE
RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.

...............................................
Robert Yayac, Director

...............................................
Michael D. Rich, Director

...............................................
Eduardo J. Marti, Director

...............................................
Dennis Brown, Director

...............................................
Michael Feuer, Director

...............................................
Diane Ferguson, Director

...............................................
Judith Eaton, Director

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Board Resolution |
| **FILE NAME** | 210624 Board Reso...ter 11 Filing.pdf |
| **DOCUMENT ID** | 962b24c99d3abe7f69376182fb4aef7aae489532 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Out For Signature |

## Document History

| | | |
|---|---|---|
| **SENT** | **06 / 24 / 2021**<br>13:00:51 UTC | Sent for signature to Michael Rich (mrich@rand.org), Michael Feuer (mjfeuer@gmail.com), Dennis Brown (dennis.brown@npd.com), Eduardo Marti (eduardomarti70@gmail.com), Diane Ferguson (dianeferguson49@gmail.com) and Judith Eaton (eaton@chea.org) from ryayac@cae.org<br>IP: 162.208.51.172 |
| **VIEWED** | **06 / 24 / 2021**<br>13:13:31 UTC | Viewed by Michael Feuer (mjfeuer@gmail.com)<br>IP: 128.164.102.185 |
| **SIGNED** | **06 / 24 / 2021**<br>13:15:16 UTC | Signed by Michael Feuer (mjfeuer@gmail.com)<br>IP: 128.164.102.185 |
| **VIEWED** | **06 / 24 / 2021**<br>14:11:56 UTC | Viewed by Diane Ferguson (dianeferguson49@gmail.com)<br>IP: 107.77.223.79 |

 **HELLOSIGN**                                                          Audit Trail

| | |
|---|---|
| **TITLE** | Board Resolution |
| **FILE NAME** | 210624 Board Reso...ter 11 Filing.pdf |
| **DOCUMENT ID** | 962b24c99d3abe7f69376182fb4aef7aae489532 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Out For Signature |

## Document History

| | | |
|---|---|---|
| SIGNED | **06 / 24 / 2021**<br>14:38:59 UTC | Signed by Diane Ferguson (dianeferguson49@gmail.com)<br>IP: 107.77.223.79 |
| VIEWED | **06 / 25 / 2021**<br>13:01:04 UTC | Viewed by Michael Rich (mrich@rand.org)<br>IP: 72.134.226.169 |
| SIGNED | **06 / 25 / 2021**<br>13:01:51 UTC | Signed by Michael Rich (mrich@rand.org)<br>IP: 72.134.226.169 |
| VIEWED | **06 / 25 / 2021**<br>18:07:49 UTC | Viewed by Judith Eaton (eaton@chea.org)<br>IP: 73.212.222.237 |
| SIGNED | **06 / 25 / 2021**<br>18:08:34 UTC | Signed by Judith Eaton (eaton@chea.org)<br>IP: 73.212.222.237 |
| VIEWED | **06 / 26 / 2021**<br>12:25:19 UTC | Viewed by Eduardo Marti (eduardomarti70@gmail.com)<br>IP: 73.227.252.55 |

.

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Board Resolution |
| **FILE NAME** | 210624 Board Reso...ter 11 Filing.pdf |
| **DOCUMENT ID** | 962b24c99d3abe7f69376182fb4aef7aae489532 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Out For Signature |

## Document History

| | | |
|---|---|---|
| **SIGNED** | **06 / 26 / 2021**<br>12:26:56 UTC | Signed by Eduardo Marti (eduardomarti70@gmail.com)<br>IP: 73.227.252.55 |
| **INCOMPLETE** | **06 / 26 / 2021**<br>12:26:56 UTC | This document has not been fully executed by all signers. |

| Debtor | Council For Aid To Education, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 30, 2021
                        MM / DD / YYYY

X _____    Robert J. Yayac
Signature of authorized representative of debtor    Printed name

Title    CEO and President

**18. Signature of attorney**

X _____    Date    June 30, 2021
Signature of attorney for debtor                    MM / DD / YYYY

James B. Sowka
Printed name

Seyfarth Shaw LLP
Firm name

233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
Number, Street, City, State & ZIP Code

Contact phone    312-460-5000    Email address    jsowka@seyfarth.com

6291998 IL
Bar number and State

Conflict Counsel:

Jeffrey A. Cooper
Rabinowitz, Lubetkin & Tully LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100, ext. 118

**Fill in this information to identify the case:**

Debtor name    Council For Aid To Education, Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 30, 2021      **X** /s/ Robert J. Yayac
                                Signature of individual signing on behalf of debtor

                                Robert J. Yayac
                                Printed name

                                CEO and President
                                Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Council For Aid To Education, Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 215 Dorchester Partners, LLC 215 Lexington Avenue 16th Floor New York, NY 10016 | | Commercial Real Estate Lease | | | | $523,189.08 |
| Citbank Client Services Attn: C.P.S. PO Box 769007 San Antonio, TX 78245-9966 | | PPP Loan | | | | $259,672.16 |
| Con Edison JAF STATION PO BOX 1702 New York, NY 10116-1702 | | Utility | | | | $1,378.32 |
| Dynalink Communications, Inc. PO Box 3415 Church Street Station New York, NY 10008 | | Utility | | | | $15,406.85 |
| Michele Oberly 205 West 88th Street Apt. 7E New York, NY 10024 | | Severance | | | | $16,147.50 |
| WLCE 171 Executive Drive New Hype Park, NY 11040 | | Vendor | | | | $150,025.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    Council For Aid To Education, Inc.            Case No.

                                 Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    June 30, 2021                  /s/ Robert J. Yayac

                                       Robert J. Yayac/CEO and President
                                       Signer/Title

215 DORCHESTER PARTNERS, LLC
215 LEXINGTON AVENUE
16TH FLOOR
NEW YORK, NY 10016


215 DORCHESTER PARTNERS, LLC
C/O GARY J. WACHTEL
450 SEVENTH AVE., SUITE 1905
NEW YORK, NY 10123


ABLESPARK
1058 MARYWOOD DRIVE
DAVIDSONVILLE, MD 21035


ALEXANDRA TABIBNIA
15 MORLEY COURT
ALBERTSON, NY 11507


ALISON BRUSCH
175 ANDRASSY AVENUE
FAIRFIELD, CT 06824


AMY RYAN
41 PIONEER DRIVE
DUXBURY, MA 02332


ANDREW MARX
2404 CHILHAM COURT
RICHMOND, VA 23235


ANGELA MATSUOKA
4220 HOLLAND DRIVE
DES MOINES, IA 50310


ANN E WEIL
25 DUFFY LANE
ALSTEAD, NH 03602


ATHENA WITSCHER
136 8TH ST
PROVIDENCE, RI 02906

ATTENTIV RE PARTNERS LLC
ATTN: MICHAEL GOLDMAN, PARTNER
256 WEST 36TH STREET,9TH FLOOR
NEW YORK, NY 10018


ATTORNEY BRUCE G. TEMKIN, LLC
970 FARMINGTON AVE
WEST HARTFORD, CT 06107


BILL.COM
6220 AMERICA CENTER DRIVE
SUITE 100
SAN JOSE, CA 95002


CAPSTAN LINGUISTIC QUALITY CONTROL, INC.
121 SOUTH BROAD ST
PHILADELPHIA, PA 19107


CITBANK CLIENT SERVICES
ATTN: C.P.S.
PO BOX 769007
SAN ANTONIO, TX 78245-9966


CITIBANK CLIENT SERVICES
ATTN: C.P.S.
P.O. BOX 769007
SAN ANTONIO, TX 78245-9966


COLLEEN OPPENZATO
651 VANDERBILT STREET
APT. 3V
BROOKLYN, NY 11218


CON EDISON
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702


CON EDISON
PO BOX 1702
NEW YORK, NY 10116-1702


CT CORPORATION
PO BOX 4349
CAROL STREAM, IL 60197-4349

CYNTHIA CASTILLO
2920 KENT STREET
UNIT 130
BRYAN, TX 77802


CYNTHIA KIM
6 HARVARD STREET
CRESSKILL, NJ 07626


DANA GORDON
81 OCEAN PARKWAY
APT. 4M
BROOKLYN, NY 11218


DANIEL GOMAN
5732 WEST GREEBRUAR DR
GREENDALE, AZ 85308


DANIEL JACHYM
538 MEADOW GATE RD.
GRANBY, CT 06035


DAVID BARKER
11 INKERMAN STREET
GUELPH(ONTARIO), CANADA N1H3C6


DELAWARE ATTORNEY GENERAL
CARVEL STATE BUILDING
820 N. FRENCH ST.
WILMINGTON, DE 19801


DEVENDRA SINGH
30-83 44TH STREET
1F
ASTORIA, NY 11103


DONALD M. SELL, VICE PRES.
COMMERCIAL RISK MGT.
6400 LAS COLINAS BLVD., CC1-50
IRVING, TX 75039


DORIS ZAHNER
257 W. 117TH ST
#4D
NEW YORK, NY 10026

DOUGLAS WREN
4204 WOODPORT CIRCLE
VIRGINIA BEACH, VA 23452


DREAMHOST
417 ASSOCIATED ROAD
BREA, CA 92821


DUN & BRADSTREET
P.O. BOX 75918
CHICAGO, IL 60675-5918


DYNALINK COMMUNICATIONS, INC.
PO BOX 3415
CHURCH STREET STATION
NEW YORK, NY 10008


EDGE STUDIO
115 WEST 45TH STREET
8TH FLOOR
NEW YORK, NY 10036


ELEANOR WOLF
426 WEST SIMPSON STREET
TUCSON, AZ 85701


EMILIA PFANNL
415 WINTHROP MAIL CENTER
CAMBRIDGE, MA 02138


EMPLOYMENT DEVELOPMENT DEPT
PO BOX 989061
WEST SACRAMENTO, CA 95798-9061


EXCLAMATION COMMUNICATIONS, INC.
534 GLENMERE DRIVE
MILLERSVILLE, MD 21108


FELICE MILANI
1590 NOYAC ROAD
SOUTHHAMPTON, NY 11968


FRANCISCO JAVIER TORRES
2917 LAGERWAY COVE
AUSTIN, TX 78748

FREDERICK D. HYMAN
DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036-4086


FREDERICK FELLOWS
1141 TREMONT STREET
DUXBURY, MA 02332


G-SQUARED PARTNERS, LLC
501 OFFICE CENTER DRIVE
SUITE 100
FORT WASHINGTON, PA 19034


GUINEVERE SANCHEZ
64 FOREST STREET
BELLEVILLE, NJ 07109


GW, INC.
2290 BALL DRIVE
ST. LOUIS, MO 63146


INGMAR BERG
22 SAUNDERS TERRACE
WELLESLEY, MA 02481


INTUIT PAYMENT SOLUTIONS
2700 COAST AVE
MOUNTAIN VIEW, CA 94043


JENNIFER MURTOFF
2901 S 12TH AVE
BROADVIEW, IL 60155


JESSE G. STERNBERG
1002 DITMAS AVE.
APT 4J
BROOKLYN, NY 11218


JESSICA MADSEN
4928 WEST ROSCOE STREET
CHICAGO, IL 60641

JI SOOK OH
4908 ITHACA STREET
METAIRIE, LA 70006


JOSHUA ANISH
769 KERN STREET
RICHMOND, CA 94805


JOSHUA GRAFF
401 PARKER STREET
TAHLEQUAH, OK 74464


JUAN ENRIQUE FROEMEL ANDRADE
ESTRELLA DEL NORTE 957 DPT 502
SANTIAGO, CHILE 00832-0206


JULIE TALTY
674 SOUTH YARROW STREET
LAKEWOOD, CO 80226


KATRINA WARDRIP
3709 COUNCIL CREST
MADISON, WI 53711


KELLY ROTHOLZ
189 HURON STREET
APT 1R
BROOKLYN, NY 11222


KELSEY MONAGHAN
2980 STEVENS ST
OCEANSIDE, NY 11572-2022


KERRY HINTON
122 DIKEMAN STREET
APT 2F
BROOKLYN, NY 11231


KIRA S. KING
924 JASMINE ST
CELEBRATION, FL 34747

LATONJA ROBINSON
1447 LINCOLN BLVD
#322
SANTA MONICA, CA 90401


LESLIE WALKER
14111 BRANT POINT CIRCLE
APT 217
FORT MYERS, FL 33919


LIGIA RECINOS
2085 TRAILS END
FALLON, NV 89406


LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0622


MARGARITA R KURTZ
371 BRITISH WOODS DRIVE
NASHVILLE, TN 37217


MARIE RODRIGUEZ
309 DUCK LAKE
LAKEWAY, TX 78734


MARK SHAIMAN
15 SYCAMORE STREET
CENTEREACH, NY 11720


MARTIN NORTHROP
42 JEWEL STREET
APT 2
BROOKLYN, NY 11222


MATHINA CALLIOPE
1200 S. ARLINGTON RIDGE RD
APT 718
ARLINGTON, VA 22202


MEECHI ROAD CONSULTING
26 WALKER STREET
NEWPORT (AUSTRALIA), VIC 03015

MELISSA LYNCH
35 NAUHAUGHT BLUFF ROAD
PO BOX 1103
WELLFLEET, MA 02667


MICHELE OBERLY
205 WEST 88TH STREET
APT. 7E
NEW YORK, NY 10024


MICHELE OBERLY
205 WEST 88TH STREET
APARTMENT 7E
NEW YORK, NY 10024


MICHELLE AUSTER
360 12TH STREET
APT 1
BROOKLYN, NY 11215


MIGUEL GOMEZ
1702 ZILKER DRIVE
CEDAR PARK, TX 78613


MIRANDA AUGUSTINE
492 11TH STREET
APT 2C
BROOKLYN, NY 11215


MZ DEVELOPMENT
2810 STONER CT
NORTH LIBERTY, IA 52317


NANCY LEE
300 WINSTON DR APT 920
CLIFFSIDE PARK, NJ 07010-3216


NCS PEARSON, INC.
13036 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


NEW YORK BUSINESS TECHNOLOGY
401 EAST 89TH ST
APT 12M
NEW YORK, NY 10128

NEW YORK STATE ATTORNEY GENERAL
CHARITIES BUREAU
THE STATE CAPITAL
ALBANY, NY 12224


NICOLE JORDAN O'DONNELL, DBA FATHEAD & E
5260 GOLDMAR DRIVE
IRONDALE, AL 35210


OLIVIA CORTELLINI
30-11 34TH STREET
APT 4C
ASTORIA, NY 11103


PHILADELPHIA INSURANCE COMPANIES
PO BOX 70251
PHILADELPHIA, PA 19176-0251


PRIESTLEY PUBLISHING LLC.
356 WEEKS HILL MDWS
UNIT 4
STOWE, VT 05672


REBECCA MEYER
439 VALLEY RD
MONTCLAIR, NJ 07043-1759


REBECCA POSNER.
202 MILL STREET
HUDSON, NY 12534


REBECCA POTTS
10746 FRANCIS PLACE
APT 334
LOS ANGELES, CA 90034


RENE SMITH
512 MCKENDIMEN RD
MEDFORD, NJ 08055-9737


RIET
ONE CAPITAL HILL
STE. 36
PROVIDENCE, RI 02908

ROBERT YAYAC
1820 MASTERS WAY
CHADDS FORD, PA 19317


ROBYN RAYMER
921 KEY ROUTE BOULEVARD
ALBANY, CA 94706


ROSECOMM
80 RIVER STREET
SUITE 4C
HOBOKEN, NJ 07030


SMARTSHEET
10500 NE 8TH STREET
SUITE 1300
BELLEVUE, WA 98004-4369


STACEY SPARKS
131 KIRTLAND STREET
DEEP RIVER, CT 06417


STATE OF NEW JERSEY
PO BOX 059
TRENTON, NJ 08646-0059


STRATEGOS PUBLIC AFFAIRS, LLC
4320 W. KENNEDY BLVD.
SUITE 200
TAMPA, FL 33609


SUDDENLY ORANGE
512 MCKENDIMEN RD
MEDFORD, NJ 08055


SULOBEE CONSULTING, INC.
12506 NORTH LAKE COURT
FAIRFAX, VA 22033


SUSAN BACHNER
2084 SEAMANS NECK RD.
APT. A
SEAFORD, NY 11783

SUSAN TAYLOR
P.O. 385
TESUQUE, NM 87574


TERESA DAWBER
650 GIBSON AVENUE
PACIFIC GROVE, CA 93950


THE RUMACK GROUP, LLC
8727 WEST BRYN MAWR AVENUE
APT 307
CHICAGO, IL 60631


TIM COUSSA
1705 NASSAU ST
NASHVILLE, TN 37208


TONYA BROOKS
175 LINCOLN TRAIL
HAWK POINT, MO 63349


TRINET
ONE PARK PLACE
SUITE 600
DUBLIN, CA 94568


VICTORIA SCHLOTT
501 OFFICE CENTER DR STE 100
FORT WASHINGTON, PA 19034-3208


WENDY SMITH
220-B BERGEN STREET
BROOKLYN, NY 11217


WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8902
MADISON, WI 53708-8902


WLCE
171 EXECUTIVE DRIVE
NEW HYPE PARK, NY 11040


XINA UHL
653 CALLE PENSAMIENTO
THOUSAND OAKS, CA 91360

# United States Bankruptcy Court
### Southern District of New York

In re   Council For Aid To Education, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Council For Aid To Education, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 30, 2021

**Date**

/s/ James B. Sowka

James B. Sowka

**Signature of Attorney or Litigant**

**Counsel for**   Council For Aid To Education, Inc.

Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
312-460-5000 Fax:312-460-7000
jsowka@seyfarth.com