| Fill in this information to identify the case: |
| --- |
| Debtor Name **Council for Aid to Education Inc** |
| United States Bankruptcy Court for the: _____ District of _____  ▼ |
| Case number: **21-11221** _____ |

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | |
| --- | --- |
| Month: **February 2022** | Date report filed: **04/27/2022**  MM / DD / YYYY |
| Line of business: **Educational Testing Service** | NAISC code: **611710** |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                CFO

Original signature of responsible party   *Michelle Joyce* (signature)

Printed name of responsible party      Michelle Joyce

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
| --- | --- | --- | --- |
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Council for Aid to Education Inc          Case number 21-11221

17. Have you paid any bills you owed before you filed bankruptcy?            ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 1,108,089

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 77,176

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  -311,450

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  -234,274

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $  873,815

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

(*Exhibit E*)

$  162,050

Debtor Name  Council for Aid to Education Inc _____          Case number 21-11221 _____

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                    $ _____276,741

   *(Exhibit F)*

---

## 5. Employees

26.  What was the number of employees when the case was filed?                                              22

27.  What is the number of employees as of the date of this monthly report?                                 22

---

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____0

30.  How much have you paid this month in other professional fees?                                    $ _____0

31.  How much have you paid in total other professional fees since filing the case?                   $ _____0

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 374,443 | − | $ 77,176 | = | $ 297,267 |
| 33.  **Cash disbursements** | $ -398,775 | − | $ -311,450 | = | $ 87,325 |
| 34.  **Net cash flow** | $ -24,332 | − | $ -234,274 | = | $ -258606 |

35.  Total projected cash receipts for the next month:                                               $ _____225,000

36.  Total projected cash disbursements for the next month:                                        - $ _____375,000

37.  Total projected net cash flow for the next month:                                             = $ _____-50,000

---

Debtor Name  Council for Aid to Education Inc                    Case number 21-11221

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Exhibit A

**Exhibit A**

We have received payments for outstanding invoices into our original Citibank Account.

The detailed transactions for the Citibank accounts can be found in Exhibits C-1 & D- 1.

# Exhibit B

Exhibit B.

As reported at the U.S. Trustee at the Initial Debtor Interview, Council for Aid to Education Inc., has not been able to close the original Citibank account yet because several customers have receivables outstanding from pre-bankruptcy invoices that have ACH payment instructions containing the bank information for Citibank. The Debtor expects to close the Citibank by the end of June.

The detailed transactions for the Citibank accounts can be found in Exhibits C-1 & D- 1.

# Exhibit C

**COUNCIL FOR AID TO EDUCATION**
**Transaction Report**
February 2022

| | Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Citibank Ops 8059** | | | | | | | | | |
| | Beginning Balance | | | | | | | | |
| | 02/01/2022 | Payment | | No | LaGrange College | | 1040 Citibank Ops 8059 | 1200 Accounts Receivable | 7,000.00 |
| | 02/28/2022 | Journal Entry | 5329527 | No | | QBO fee 7/22/21 applied to Citi Bank incorrectly | 1040 Citibank Ops 8059 | -Split- | 3.00 |
| | 02/28/2022 | Journal Entry | 5329530 | No | | Uncleared expense Dreamhost Jan 2021 | 1040 Citibank Ops 8059 | -Split- | 6.00 |
| **Total for Citibank Ops 8059** | | | | | | | | | **$ 7,009.00** |
| **TOTAL** | | | | | | | | | |

Tuesday, Apr 26, 2022 11:41:42 AM GMT-7

**COUNCIL FOR AID TO EDUCATION**
**Transaction Report**
February 2022

| | Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | | Split | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **1050 Axos Bank** | | | | | | | | | | |
| | Beginning Balance | | | | | | | | | |
| | 02/07/2022 | Deposit | | No | Arcadia University | System-recorded deposit for QuickBooks Payments | 1050 Axos Bank | 1260 Undeposited Funds | | 3,500.00 |
| | 02/25/2022 | Payment | Inv 5747 | No | New Meridian:New Meridian Illinois ELA 22 Services | | 1050 Axos Bank | 1200 Accounts Receivable | | 66,667.00 |
| **Total for 1050 Axos Bank** | | | | | | | | | | **$   70,167.00** |

Tuesday, Apr 26, 2022 11:24:30 AM GMT-7 - Accrual Basis

# Exhibit D

**COUNCIL FOR AID TO EDUCATION**
**Transaction Report**
February 2022

| | Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Citibank Ops 8059** | | | | | | | | | |
| | Beginning Balance | | | | | | | | |
| | 02/08/2022 | Expenditure | | No | CitiBank | | 1040 Citibank Ops 8059 | 8070 General and Administrative:Bank Service Charges | -50.00 |
| | 02/17/2022 | Expenditure | | No | Philadelphia Insurance Companies | | 1040 Citibank Ops 8059 | 8055 General and Administrative:Insurance Expense | -378.00 |
| | 02/17/2022 | Expenditure | | No | QuickBooks | | 1040 Citibank Ops 8059 | 8067 General and Administrative:Computer - Software | -87.10 |
| | 02/17/2022 | Expenditure | | No | United States Postal Service | | 1040 Citibank Ops 8059 | 8080 General and Administrative:Office Supplies | -4.28 |
| | 02/24/2022 | Expenditure | | No | CitiBank | | 1040 Citibank Ops 8059 | 8070 General and Administrative:Bank Service Charges | -10.00 |
| | 02/25/2022 | Expenditure | | No | CitiBank | | 1040 Citibank Ops 8059 | 8905 Other Expenses:Interest Expense | -1,749.71 |
| | 02/25/2022 | Expenditure | | No | United States Postal Service | | 1040 Citibank Ops 8059 | 8060 General and Administrative:Postage | -5.15 |
| | 02/28/2022 | Journal Entry | 5329528 | No | | Bill.com credit incorrectly applied to CitiBank 3/19/21 | 1040 Citibank Ops 8059 | -Split- | -50.00 |
| | 02/28/2022 | Journal Entry | 5329528 | No | | Bill.com credit incorrectly applied to CitiBank 3/23/21 | 1040 Citibank Ops 8059 | -Split- | -50.00 |
| **Total for Citibank Ops 8059** | | | | | | | | | **-$ 2,384.24** |
| **TOTAL** | | | | | | | | | |

Tuesday, Apr 26, 2022 11:41:42 AM GMT-7

**COUNCIL FOR AID TO EDUCATION**
Transaction Report
February 2022

| | Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **1050 Axos Bank** | | | | | | | | | |
| | Beginning Balance | | | | | | | | |
| | 02/01/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -12.90 |
| | 02/01/2022 | Expenditure | | No | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: MonthlyServiceFee, fee-type: Card. | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | -20.00 |
| | 02/01/2022 | Journal Entry | | No | | Bill.com 02/01/22 Payables Funding | 1050 Axos Bank | -Split- | -3,752.50 |
| | 02/03/2022 | Journal Entry | | No | | Bill.com 02/03/22 Payables Funding | 1050 Axos Bank | -Split- | -5,035.00 |
| | 02/03/2022 | Expenditure | | No | QuickBooks | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -87.10 |
| | 02/07/2022 | Journal Entry | | No | | Bill.com 02/07/22 Payables Funding | 1050 Axos Bank | -Split- | -55,231.50 |
| | 02/07/2022 | Expenditure | | No | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | -115.80 |
| | 02/07/2022 | Expenditure | | No | Basecamp | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -21.20 |
| | 02/09/2022 | Journal Entry | | No | | Bill.com 02/09/22 Payables Funding | 1050 Axos Bank | -Split- | -104,080.95 |
| | 02/11/2022 | Expenditure | | No | LogMeIn | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -744.29 |
| | 02/11/2022 | Expenditure | | No | Trinet | | 1050 Axos Bank | 9999 Payroll Clearing | -60,668.11 |
| | 02/11/2022 | Journal Entry | | No | | Bill.com 02/11/22 Payables Funding | 1050 Axos Bank | -Split- | -4,132.50 |
| | 02/11/2022 | Expenditure | | No | Freshworks | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -103.44 |
| | 02/14/2022 | Expenditure | | No | Mailchimp | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -145.22 |
| | 02/15/2022 | Journal Entry | | No | | Bill.com 02/15/22 Payables Funding | 1050 Axos Bank | -Split- | -2,218.75 |
| | 02/17/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -29.95 |
| | 02/18/2022 | Journal Entry | | No | | Bill.com 02/18/22 Payables Funding | 1050 Axos Bank | -Split- | -50.00 |
| | 02/18/2022 | Expenditure | | No | CT Corp - Wolters Kluwer | | 1050 Axos Bank | 8072 General and Administrative:Taxes and Fees | -25.00 |
| | 02/22/2022 | Journal Entry | | No | | Bill.com 02/22/22 Payables Funding | 1050 Axos Bank | -Split- | -5,000.00 |
| | 02/22/2022 | Expenditure | | No | Timetastic | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -14.00 |
| | 02/23/2022 | Journal Entry | | No | | Bill.com 02/23/22 Payables Funding | 1050 Axos Bank | -Split- | -2,145.00 |
| | 02/23/2022 | Expenditure | | No | Bill.Com | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -753.32 |
| | 02/23/2022 | Expenditure | | No | Timetastic | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -0.14 |
| | 02/24/2022 | Expenditure | | No | Trinet | | 1050 Axos Bank | 9999 Payroll Clearing | -60,349.81 |
| | 02/24/2022 | Expenditure | | No | Trinet | | 1050 Axos Bank | 9999 Payroll Clearing | -4,329.03 |
| **Total for 1050 Axos Bank** | | | | | | | | | **-$ 309,065.51** |

Tuesday, Apr 26, 2022 11:24:30 AM GMT-7 - Accrual Basis

# Exhibit E

**COUNCIL FOR AID TO EDUCATION**
**A/P Aging Detail**
As of February 28, 2022

| Date | Transaction Type | Num | Vendor | Due Date | Past Due | Amount |
|---|---|---|---|---|---|---|
| 02/01/2022 | Bill | 100 | Emily C Adah Miller | 02/07/2022 | 78 | 1,050.00 |
| 01/31/2022 | Bill | 100 | Cary Sneider | 02/15/2022 | 70 | 2,250.00 |
| 01/31/2022 | Bill | 2022-21 | Capstan Linguistic Quality Control, INC. | 02/28/2022 | 57 | 11,279.68 |
| 01/31/2022 | Bill | 10 | Kira S. King | 02/28/2022 | 57 | 1,338.00 |
| 02/28/2022 | Bill | 786 | E-Squared Partners, LLC | 02/28/2022 | 57 | 10,386.50 |
| 02/28/2022 | Bill | 31-FEB | Ingmar Berg | 02/28/2022 | 57 | 5,649.00 |
| 02/19/2022 | Bill | 1001 | Gabriel Yayac | 03/01/2022 | 56 | 1,900.00 |
| 01/31/2022 | Bill | 3754 | RoseComm | 03/02/2022 | 55 | 5,150.00 |
| 01/31/2022 | Bill | 94 | Spyre Marketing | 03/02/2022 | 55 | 3,640.00 |
| 02/15/2022 | Bill | 8000 | New York Business Technology | 03/02/2022 | 55 | 260.00 |
| 02/16/2022 | Bill | 2/16/2022 | Teresa Dawber | 03/03/2022 | 54 | 4,400.00 |
| 01/31/2022 | Bill | 2296 | MZD - MZ Development Inc | 03/09/2022 | 48 | 5,208.33 |
| 02/23/2022 | Bill | Scoring Thru 02-21 | Francisco Javier Torres | 03/10/2022 | 47 | 285.00 |
| 02/25/2022 | Bill | 2/25/2022 | Guinevere Sanchez | 03/12/2022 | 45 | 195.00 |
| 02/28/2022 | Bill | 254 | Mathina Calliope | 03/15/2022 | 42 | 10,237.50 |
| 02/28/2022 | Bill | 3/1/22 | Daniel Jachym | 03/15/2022 | 42 | 5,700.00 |
| 02/28/2022 | Bill | 4 | Heather Nadelman | 03/15/2022 | 42 | 4,980.00 |
| 02/28/2022 | Bill | 03/02/2022 | Tonya Brooks | 03/15/2022 | 42 | 4,800.00 |
| 02/28/2022 | Bill | 2.28.22 | Wendy Smith | 03/15/2022 | 42 | 4,675.00 |
| 02/28/2022 | Bill | 3 | Decade Assessment | 03/15/2022 | 42 | 3,835.00 |
| 02/28/2022 | Bill | 2022-07 | David Barker. | 03/15/2022 | 42 | 3,795.00 |
| 02/28/2022 | Bill | 5 | Sally Molloy | 03/15/2022 | 42 | 3,327.50 |
| 02/28/2022 | Bill | 03_02_2022 | Rebecca Posner | 03/15/2022 | 42 | 3,120.00 |
| 02/28/2022 | Bill | 3/1/2022 | Teresa Dawber | 03/15/2022 | 42 | 3,040.00 |
| 02/28/2022 | Bill | 22.03 | Robyn Raymr | 03/15/2022 | 42 | 2,120.00 |
| 02/28/2022 | Bill | 7 | Janet Callahan | 03/15/2022 | 42 | 1,987.50 |
| 02/28/2022 | Bill | 1216 | Jennifer Murtoff LLC | 03/15/2022 | 42 | 1,912.50 |
| 02/28/2022 | Bill | 01/31/2023 | Jesse G Sternberg | 03/15/2022 | 42 | 1,140.00 |
| 02/28/2022 | Bill | 2 | Daniel Goman | 03/15/2022 | 42 | 1,100.00 |
| 02/28/2022 | Bill | 6 | Hillary Sparks-Roberts | 03/15/2022 | 42 | 1,012.50 |
| 02/28/2022 | Bill | 1005 | Leslie Walker | 03/15/2022 | 42 | 910.00 |
| 02/28/2022 | Bill | 02/28/2022 | Kerry Hinton | 03/15/2022 | 42 | 800.00 |
| 02/28/2022 | Bill | 2/2/2022 | Kerry Hinton | 03/15/2022 | 42 | 600.00 |
| 02/28/2022 | Bill | 2072023 | Xina Uhl | 03/15/2022 | 42 | 487.50 |
| 02/28/2022 | Bill | 6 | Sheri Gushta | 03/15/2022 | 42 | 375.00 |
| 02/28/2022 | Bill | 5 | Karen Reinauer | 03/15/2022 | 42 | 308.75 |
| 01/31/2022 | Bill | 125 | Suddenly Orange | 03/16/2022 | 41 | 5,937.50 |
| 02/28/2022 | Bill | 8075 | New York Business Technology | 03/17/2022 | 40 | 4,125.00 |
| 02/26/2022 | Bill | 2004160016 | Philadelphia Insurance Companies | 03/21/2022 | 36 | 57.92 |
| 02/24/2022 | Bill | INV669842 | Smartsheet | 03/26/2022 | 31 | 1,626.59 |
| 02/28/2022 | Bill | 107 | Spyre Marketing | 03/30/2022 | 27 | 13,905.00 |
| 02/28/2022 | Bill | 3774 | RoseComm | 03/30/2022 | 27 | 5,778.42 |
| 02/28/2022 | Bill | 91000009993 | NCS Pearson, INC. | 04/06/2022 | 20 | 5,208.33 |
| 02/28/2022 | Bill | 126 | Suddenly Orange | 04/07/2022 | 19 | 1,805.00 |
| 02/28/2022 | Bill | 5109 | Graphic World - GW, Inc | 04/29/2022 | -3 | 7,227.00 |
| 02/28/2022 | Bill | 5110 | Graphic World - GW, Inc | 04/29/2022 | -3 | 3,124.00 |
| **TOTAL** | | | | | | **$  162,050.02** |

Tuesday, Apr 26, 2022 02:06:54 PM GMT-7

# Exhibit F

# COUNCIL FOR AID TO EDUCATION

### A/R Aging Summary
As of February 28, 2022

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Bennett Day School, Inc | | 950.00 | | | | $950.00 |
| Hong Kong Polytechnic University | 10,500.00 | | | | | $10,500.00 |
| New Meridian | | | | | | $0.00 |
|   New Meridian Illinois ELA 22 Services | 66,667.00 | | | | | $66,667.00 |
| **Total New Meridian** | **66,667.00** | | | | | **$66,667.00** |
| NYCDOE | 158,368.06 | | | | | $158,368.06 |
| Rising Tide Charter School | 8,208.00 | | | | | $8,208.00 |
| Southern Nazarene University | | 988.00 | | | | $988.00 |
| Stratford Schools | | | 14,060.00 | | | $14,060.00 |
| University of Hawaii at Hilo | 3,500.00 | | | | | $3,500.00 |
| Wichita State University | | | | | 6,500.00 | $6,500.00 |
| Yakima Valley College | | | | 7,000.00 | | $7,000.00 |
| TOTAL | **$247,243.06** | **$1,938.00** | **$14,060.00** | **$7,000.00** | **$6,500.00** | **$276,741.06** |

# Exhibit G

| | | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| 4000 Revenue | | | | | | | | | | | | | | |
| 4022 Services Revenue | | $ 465,926 | $ 397,592 | $ 285,254 | $ 222,518 | $ 347,434 | $ 328,420 | $ 311,047 | $ 282,511 | $ 282,511 | $ 249,178 | $ 249,178 | $ 257,511 | $ 3,679,078 |
| 4065 Solutions Revenue | | $ 37,538 | $ 75,075 | $ 112,613 | $ 75,075 | $ 37,538 | $ 37,538 | $ 30,891 | $ 61,782 | $ 92,674 | $ 61,782 | $ 30,891 | $ 30,891 | $ 684,287 |
| Other Revenue | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Revenue** | | **$ 503,463** | **$ 472,667** | **$ 397,867** | **$ 297,593** | **$ 384,971** | **$ 365,957** | **$ 341,938** | **$ 344,293** | **$ 375,184** | **$ 310,960** | **$ 280,069** | **$ 288,402** | **$ 4,363,365** |
| | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| 5000 Cost of Goods Sold | | | | | | | | | | | | | | |
| 5100 COGS- Services | | | | | | | | | | | | | | |
| 5010 Salaries - Services | | $ 35,542 | $ 35,542 | $ 35,542 | $ 35,542 | $ 35,542 | $ 35,542 | $ 36,608 | $ 36,608 | $ 36,608 | $ 36,608 | $ 36,608 | $ 36,608 | $ 432,896 |
| 5120 Pension Expense - Services | combined | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,786 | $ 8,786 | $ 8,786 | $ 8,786 | $ 8,786 | $ 8,786 | $ 103,895 |
| 5140 Benefits &Taxes - Services | | | | | | | | | | | | | | |
| 5210 Bonuses - Solutions | | | | | | | | | | | | | | |
| 5104 Subcontractors - Services | combined | $ 120,282 | $ 261,054 | $ 108,478 | $ 151,638 | $ 231,215 | $ 165,266 | $ 159,706 | $ 78,921 | $ 80,021 | $ 76,214 | $ 70,714 | $ 86,618 | $ 1,590,126 |
| 5104 Vendors - Services | | | | | | | | | | | | | | |
| 5115 Other Project Costs | | | | | | | | | | | | | | |
| Total 5100 COGS- Services | | $ 164,354 | $ 305,126 | $ 152,550 | $ 195,709 | $ 275,286 | $ 209,337 | $ 205,099 | $ 124,315 | $ 125,415 | $ 121,608 | $ 116,108 | $ 132,012 | $ 2,126,918 |
| 5200 COGS - Solutions | | | | | | | | | | | | | | |
| 5020 Salaries - Solutions | | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,810 | $ 17,810 | $ 17,810 | $ 17,810 | $ 17,810 | $ 17,810 | $ 210,613 |
| 5220 Pension Expense - Solutions | combined | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,275 | $ 4,275 | $ 4,275 | $ 4,275 | $ 4,275 | $ 4,275 | $ 50,547 |
| 5240 Benefits & Taxes - Solutions | | | | | | | | | | | | | | |
| 5210 Bonuses - Solutions | | | | | | | | | | | | | | |
| 5047 Scorer Fees | | $ 3,505 | $ 7,011 | $ 10,516 | $ 7,011 | $ 3,505 | $ 3,505 | $ 2,154 | $ 4,307 | $ 6,461 | $ 4,307 | $ 2,154 | $ 2,154 | $ 56,591 |
| 5204 Subcontractors - Solutions | tess | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| 5104 Vendors - Solutions | mzd | $ 6,609 | $ 13,219 | $ 19,828 | $ 13,219 | $ 6,609 | $ 6,609 | $ 6,609 | $ 13,219 | $ 19,828 | $ 13,219 | $ 6,609 | $ 6,609 | $ 132,188 |
| 5115 Other Project Costs | | | | | | | | | | | | | | |
| Total 5200 COGS - Solutions | | $ 36,556 | $ 46,671 | $ 56,786 | $ 46,671 | $ 36,556 | $ 36,556 | $ 42,457 | $ 51,220 | $ 46,765 | $ 38,002 | $ 35,848 | $ 35,848 | $ 509,938 |
| | | | | | | | | | | | | | | |
| **Total Cost of Goods Sold** | | **$ 200,910** | **$ 351,797** | **$ 209,336** | **$ 242,380** | **$ 311,843** | **$ 245,894** | **$ 247,557** | **$ 175,535** | **$ 172,179** | **$ 159,610** | **$ 151,956** | **$ 167,860** | **$ 2,636,856** |
| **Gross Margin** | | **$ 302,553** | **$ 120,870** | **$ 188,531** | **$ 55,213** | **$ 73,128** | **$ 120,063** | **$ 94,382** | **$ 168,758** | **$ 203,005** | **$ 151,350** | **$ 128,113** | **$ 120,543** | **$ 1,726,510** |
| **Gross Margin %** | | 60.1% | 25.6% | 47.4% | 18.6% | 19.0% | 32.8% | 27.6% | 49.0% | 54.1% | 48.7% | 45.7% | 41.8% | 39.6% |
| | | | | | | | | | | | | | | |
| **Sales and Marketing** | | | | | | | | | | | | | | |
| Sales and Marketing:Salaries | | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,841 | $ 8,841 | $ 8,841 | $ 8,841 | $ 8,841 | $ 8,841 | $ 104,545 |
| Sales and Marketing:Benefits, Taxes, etc | | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 25,091 |
| Consulting Fees - Sales & Marketing | | $ 36,167 | $ 27,667 | $ 26,667 | $ 26,667 | $ 26,667 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 318,833 |
| Sales and Marketing:Marketing /Events/Advertising | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 6,000 |
| Sales and Marketing:Travel | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 20,000 |
| **Total Sales & Marketing** | | **$ 46,810** | **$ 38,310** | **$ 37,310** | **$ 37,310** | **$ 37,310** | **$ 35,643** | **$ 35,963** | **$ 39,963** | **$ 41,463** | **$ 41,463** | **$ 41,463** | **$ 41,463** | **$ 474,469** |
| **% of Revenue** | | 9.3% | 8.1% | 9.4% | 12.5% | 9.7% | 9.7% | 10.5% | 11.6% | 11.1% | 13.3% | 14.8% | 14.4% | 10.9% |
| | | | | | | | | | | | | | | |
| **General and Administrative** | | | | | | | | | | | | | | |
| General and Administrative:Professional Fees | | $ 63,300 | $ 55,800 | $ 50,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 582,100 |
| General and Administrative:Professional Fees:Accounting and Audit | | $ 15,000 | | | | | | | | | | | | $ 15,000 |
| G&A:Salaries | | $ 27,438 | $ 27,438 | $ 27,438 | $ 27,438 | $ 27,438 | $ 27,438 | $ 28,261 | $ 28,261 | $ 28,261 | $ 28,261 | $ 28,261 | $ 28,261 | $ 334,189 |
| G&A:Benefits, Taxes, etc | | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,783 | $ 6,783 | $ 6,783 | $ 6,783 | $ 6,783 | $ 6,783 | $ 80,205 |
| Bonus Program | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 8000 OTHER OPERATING EXPENSES | | $ 22,360 | $ 22,360 | $ 22,360 | $ 22,360 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 198,320 |
| **TOTAL G&A** | | **$ 134,683** | **$ 112,183** | **$ 107,183** | **$ 102,183** | **$ 93,433** | **$ 93,433** | **$ 94,453** | **$ 94,453** | **$ 94,453** | **$ 94,453** | **$ 94,453** | **$ 94,453** | **$ 1,209,814** |
| **% of Revenue** | | 26.8% | 23.7% | 26.9% | 34.3% | 24.3% | 25.5% | 27.6% | 27.4% | 25.2% | 30.4% | 33.7% | 32.8% | 27.7% |
| | | | | | | | | | | | | | | |
| **TOTAL SG&A** | | **$ 181,493** | **$ 150,493** | **$ 144,493** | **$ 139,493** | **$ 130,743** | **$ 129,076** | **$ 130,416** | **$ 134,416** | **$ 135,916** | **$ 135,916** | **$ 135,916** | **$ 135,916** | **$ 1,684,283** |

| | | | | | | | | | | | | | |
|---|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|--:|
| **EBITDA** | $ 121,061 | -$ 29,622 | $ 44,039 | -$ 84,280 | -$ 57,614 | -$ 9,012 | -$ 36,034 | $ 34,342 | $ 67,089 | $ 15,434 | -$ 7,803 | -$ 15,373 | $ 42,227 |
| | 24.0% | -6.3% | 11.1% | -28.3% | -15.0% | -2.5% | -10.5% | 10.0% | 17.9% | 5.0% | -2.8% | -5.3% | 1.0% |
| DEPRECIATION & AMORTIZATION | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | 66,950 |
| 8044 INTEREST | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | 22,500 |
| **Net Earnings** | $ 113,606 | -$ 37,076 | $ 36,585 | -$ 91,734 | -$ 65,068 | -$ 16,467 | -$ 43,488 | $ 26,888 | $ 59,635 | $ 7,980 | -$ 15,257 | -$ 22,827 | -$ 47,223 |
| | 22.6% | -7.8% | 9.2% | -30.8% | -16.9% | -4.5% | -12.7% | 7.8% | 15.9% | 2.6% | -5.4% | -7.9% | -1.1% |

# COUNCIL FOR AID TO EDUCATION

### Statement of Financial Position

As of February 28, 2022

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 CASH-CHASE CHECKING | 0.00 |
| 1010 CASH-CHASE PAYROLL | 0.00 |
| 1040 Citibank Ops 8059 | 59,892.16 |
| 1041 Citibank Savings 317 | 0.00 |
| 1045 Citibank MM-Lease Ltr of Credit | 0.00 |
| 1050 Axos Bank | 813,922.93 |
| 1072 Bill.com Money Out Clearing | 2,250.00 |
| <None> | 0.00 |
| **Total Bank Accounts** | **$876,065.09** |
| Accounts Receivable | |
| 1200 Accounts Receivable | 276,741.06 |
| 1210 Standard Assessment AR | 0.00 |
| 1270 Unbilled Receivables | 0.00 |
| **Total Accounts Receivable** | **$276,741.06** |
| Other Current Assets | |
| 1250 Misc Receivables | 8,864.64 |
| 1260 Undeposited Funds | 0.00 |
| 1275 Unbilled Recievables | 12,262.50 |
| **Total Other Current Assets** | **$21,127.14** |
| **Total Current Assets** | **$1,173,933.29** |

# COUNCIL FOR AID TO EDUCATION

## Statement of Financial Position

### As of February 28, 2022

| | TOTAL |
|---|---:|
| Fixed Assets | |
| 1510 FURNITURE & FIXTURES | 111,971.90 |
| 1550 ACCUM DEPREC-F & F | -111,971.90 |
| **Total 1510 FURNITURE & FIXTURES** | **0.00** |
| 1520 COMPUTER & TELEPHONE | 263,744.94 |
| 1560 ACCUM DEPREC-COMP & TEL | -252,163.21 |
| **Total 1520 COMPUTER & TELEPHONE** | **11,581.73** |
| 1525 WEBSITE | 62,517.50 |
| 1540 ACCUM DEPREC | -35,056.43 |
| **Total 1525 WEBSITE** | **27,461.07** |
| 1530 LEASEHOLD IMPROVEMENTS | 0.00 |
| 1532 ACCUM DEPREC-LEASEHOLD IMP. | 0.00 |
| **Total 1530 LEASEHOLD IMPROVEMENTS** | **0.00** |
| 1542 LICENSES | 0.00 |
| 1544 ACCUM AMORIZ-LICENSES | 0.00 |
| **Total 1542 LICENSES** | **0.00** |
| **Total Fixed Assets** | **$39,042.80** |
| Other Assets | |
| 1600 Rent Security Deposit | 0.00 |
| 1610 Prepaid Assets - Other | 37,968.55 |
| **Total Other Assets** | **$37,968.55** |
| **TOTAL ASSETS** | **$1,250,944.64** |

# COUNCIL FOR AID TO EDUCATION

Statement of Financial Position

As of February 28, 2022

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 178,197.52 |
| 2020 Rand Payable | 0.00 |
| **Total Accounts Payable** | **$178,197.52** |
| Other Current Liabilities | |
| 2009 Accrued Expenses - Bankruptcy | 101,911.01 |
| 2010 Accrued Expenses | 241,635.44 |
| 2011 Accrued Payroll | 521.65 |
| 2013 Deferred Revenue - Intl Std Testing | 30,410.00 |
| 2014 Accrued Bonuses | 0.00 |
| 2017 PPP Loan | 0.00 |
| 2025 Deferred Revenue - Services | 652,631.01 |
| 2030 Deferred Revenue - Solutions | 271,803.37 |
| 2060 Citibank Line of Credit | 478,097.85 |
| 2100 PAYROLL TAXES PAYABLE | 0.00 |
| 2101 Payroll Liabilities | 0.00 |
| **Total 2100 PAYROLL TAXES PAYABLE** | **0.00** |
| **Total Other Current Liabilities** | **$1,777,010.33** |
| **Total Current Liabilities** | **$1,955,207.85** |
| Long-Term Liabilities | |
| 2016 Deferred Rent | 0.00 |
| **Total Long-Term Liabilities** | **$0.00** |
| **Total Liabilities** | **$1,955,207.85** |
| Equity | |
| 3000 Opening Bal Equity | 0.00 |
| 3010 Net Assets-Unrestricted | -23,615.58 |
| 3900 Retained Earnings | -1,321,350.62 |
| Net Revenue | 640,702.99 |
| **Total Equity** | **$ -704,263.21** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,250,944.64** |

# COUNCIL FOR AID TO EDUCATION

## Statement of Activity

### August 2021 - February 2022

|  | TOTAL |
|---|---|
| Revenue | |
| 4000 Revenue | |
| 4022 Services Revenue | 1,835,289.24 |
| 4065 Solutions Revenue | 454,349.38 |
| **Total 4000 Revenue** | **2,289,638.62** |
| 4500 Other Income | |
| 4590 Sales | 0.00 |
| **Total 4500 Other Income** | **0.00** |
| **Total Revenue** | **$2,289,638.62** |
| Cost of Goods Sold | |
| 5000 Cost of Goods Sold | |
| 5095 Payroll Taxes | 37,655.69 |
| 5100 COGS- Services | |
| 5010 Salaries - Services | 235,554.31 |
| 5104 Subcontractors - Services | 760,258.66 |
| 5110 Bonuses - Services | 5,000.00 |
| 5120 Pension Expense - Services | 7,476.87 |
| 5140 Benefits - Services | 42,578.41 |
| **Total 5100 COGS- Services** | **1,050,868.25** |
| 5200 COGS - Solutions | |
| 5020 Salaries - Solutions | 128,849.96 |
| 5047 Scorer Fees | 26,299.35 |
| 5204 Subcontractors - Solutions | 137,305.22 |
| 5210 Bonuses - Solutions | 3,000.00 |
| 5220 Pension Expense - Solutions | 4,489.96 |
| 5240 Benefits - Solutions | 16,723.42 |
| **Total 5200 COGS - Solutions** | **316,667.91** |
| **Total 5000 Cost of Goods Sold** | **1,405,191.85** |
| **Total Cost of Goods Sold** | **$1,405,191.85** |
| **GROSS PROFIT** | **$884,446.77** |
| Expenditures | |
| 7000 Sales and Marketing | |
| 7010 Salaries | 61,183.38 |
| 7012 Bonuses | 1,000.00 |
| 7025 Conferences | 2,547.95 |
| 7030 Pension Expense | 2,458.38 |
| 7040 Benefits | 15,269.91 |
| 7095 Payroll Taxes | 5,511.83 |
| 7120 Marketing | 159,080.73 |
| **Total 7000 Sales and Marketing** | **247,052.18** |

# COUNCIL FOR AID TO EDUCATION

Statement of Activity

August 2021 - February 2022

| | TOTAL |
|---|---|
| 8000 General and Administrative | |
| 8010 Salaries | 197,467.09 |
| 8012 Bonuses | 2,000.00 |
| 8015 Benefits | 15,246.91 |
| 8020 Pension Expense | 8,219.44 |
| 8025 Payroll Taxes | 14,789.85 |
| 8030 Professional Fees | 341,081.50 |
| 8031 Accounting and Audit | 18,546.00 |
| 8032 Professional Fees - Legal | 6,141.60 |
| **Total 8030 Professional Fees** | **365,769.10** |
| 8051 Computer and Equipment Maintenance | 3,331.50 |
| 8055 Insurance Expense | 16,173.78 |
| 8060 Postage | 86.20 |
| 8065 Computer - Website | 24,475.55 |
| 8067 Computer - Software | 32,129.98 |
| 8070 Bank Service Charges | 4,116.43 |
| 8072 Taxes and Fees | 25.00 |
| 8075 Payroll Fees | 14,979.67 |
| 8080 Office Supplies | 3,375.99 |
| 8085 Miscellaneous Expense | -10,233.29 |
| 8086 Travel Expense | 50.00 |
| **Total 8000 General and Administrative** | **692,003.20** |
| **Total Expenditures** | **$939,055.38** |
| NET OPERATING REVENUE | $ -54,608.61 |
| Other Revenue | |
| 8910 Other Revenue | 259,246.00 |
| 8911 Other Gain/Loss - Bankruptcy | 513,637.43 |
| **Total Other Revenue** | **$772,883.43** |
| Other Expenditures | |
| 8900 Other Expenses | 57,256.27 |
| 8905 Interest Expense | 10,383.96 |
| 9015 Depreciation Expense | 3,264.45 |
| 9020 Amortization Expense | 6,667.15 |
| **Total 8900 Other Expenses** | **77,571.83** |
| 9999 Payroll Clearing | 0.00 |
| **Total Other Expenditures** | **$77,571.83** |
| NET OTHER REVENUE | **$695,311.60** |
| **NET REVENUE** | **$640,702.99** |

# Exhibit H



Date   2/28/22          Page     1
Primary Account          ██████2005

COUNCIL FOR AID TO EDUCATION, INC.
Debtor in Possession,
Case # 21-11221-jlg
1820 MASTERS WAY
CHADDS FORD PA 19317

Account Title:          COUNCIL FOR AID TO EDUCATION, INC.
                        Debtor in Possession,
                        Case # 21-11221-jlg

| | | |
|---|---|---|
| Commercial Checking | Number of Enclosures | 0 |
| Account Number ██████2005 | Statement Dates   2/01/22 thru  2/28/22 |
| Previous Balance   1,044,287.44 | Days in the statement period    28 |
| 3 Deposits/Credits   78,701.00 | Avg Daily Ledger   881,425.75 |
| 25 Checks/Debits   309,065.51 | Avg Daily Collected   881,120.97 |
| Maintenance Fee   .00 | | |
| Interest Paid   .00 | | |
| Ending Balance   813,922.93 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/02 | DDA Regular Deposit | 8,534.00 |
| 2/08 | DEPOSIT    INTUIT 79625425 | 3,500.00 |
|  | CCD 021000020970701 | |
|  | COUNCIL FOR AID TO EDU | |
| 2/25 | Bill.com   New Meridian Cor | 66,667.00 |
|  | CCD 121140396463417 | |
|  | Council for Aid to Edu | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/01 | Payables   Bill.com | 3,752.50- |
|  | CCD 021000028514445 | |



Date   2/28/22          Page    2
Primary Account     ██████2005

Commercial Checking          ██████2005  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | COUNCIL FOR AID TO EDU | |
| 2/01 | DBT CRD 0840 01/31/22 28047062 | 12.90- |
| | TRAVELINGMAILBOX.COM | |
| | TRAVELINGMAIL NC C#9279 | |
| 2/02 | ACCT FEE    INTUIT 96074215 | 20.00- |
| | CCD 021000025883346 | |
| | COUNCIL FOR AID TO EDU | |
| 2/03 | QuickBooks 18004INTUIT | 87.10- |
| | CCD 021000026961820 | |
| | COUNCIL FOR AID TO EDU | |
| 2/03 | Payables    Bill.com | 5,035.00- |
| | CCD 021000024126427 | |
| | COUNCIL FOR AID TO EDU | |
| 2/07 | Payables    Bill.com | 55,231.50- |
| | CCD 021000028308794 | |
| | COUNCIL FOR AID TO EDU | |
| 2/08 | TRAN FEE    INTUIT 36725075 | 115.80- |
| | CCD 021000020811823 | |
| | COUNCIL FOR AID TO EDU | |
| 2/08 | DBT CRD 0746 02/07/22 96064339 | 21.20- |
| | BC.BASECAMP 2 2759288 | |
| | 312-281-5333   IL C#9279 | |
| 2/09 | Payables    Bill.com | 104,080.95- |
| | CCD 021000020495738 | |
| | COUNCIL FOR AID TO EDU | |
| 2/11 | Wire Transfer Debit | 60,668.11- |
| | TRINET HR III, INC | |
| | 041001039 | |
| | 352101002595 | |
| | ONE PARK PLACE, SUITE 600 | |
| | DUBLIN CA 94568 | |
| | US | |
| | KEYBANK | |
| | TRINET REQUEST | |
| | 20220211MMQFMP9N000009 | |
| | 20220211MMQFMPWD002899 | |
| | 02110859FT01 | |
| 2/11 | Payables    Bill.com | 4,132.50- |
| | CCD 021000022629080 | |
| | COUNCIL FOR AID TO EDU | |



Date  2/28/22          Page    3
Primary Account        ████2005

Commercial Checking         ████2005  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 2/11 | DBT CRD 1406 02/10/22 23874383<br>FRESHWORKS INC<br>FRESHWORKS.CO CA C#9261 | 103.44- |
| 2/11 | DBT CRD 0242 02/10/22 13380186<br>LOGMEIN*GoToConnect<br>logmein.com  MA C#9261 | 744.29- |
| 2/14 | DBT CRD 0114 02/12/22 60703052<br>MAILCHIMP   *MISC<br>MAILCHIMP.COM GA C#9261 | 145.22- |
| 2/15 | Payables   Bill.com<br>CCD 021000022590308<br>COUNCIL FOR AID TO EDU | 2,218.75- |
| 2/17 | DBT CRD 2124 02/17/22 22531928<br>TRAVELING MAILBOX<br>TRAVELINGMAIL NC C#9279 | 29.95- |
| 2/18 | DBT CRD 1047 02/17/22 04462635<br>WKI*CTCORPORATION<br>800-624-0909  NY C#9279 | 25.00- |
| 2/18 | Payables   Bill.com<br>CCD 021000028363711<br>COUNCIL FOR AID TO EDU | 50.00- |
| 2/22 | Payables   Bill.com<br>CCD 021000020486836<br>COUNCIL FOR AID TO EDU | 5,000.00- |
| 2/22 | DBT CRD 1337 02/21/22 06562709<br>TIMETASTIC<br>MANCHESTER   GB C#9261 | 14.00- |
| 2/23 | Int Fee 1416 02/22/22 06562709<br>TIMETASTIC<br>MANCHESTER   00 C# 9261 | .14- |
| 2/23 | BILLING    BILL.COM LLC<br>CCD 121140393188180<br>COUNCIL FOR AID TO EDU | 753.32- |
| 2/23 | Payables   Bill.com<br>CCD 021000027922476<br>COUNCIL FOR AID TO EDU | 2,145.00- |
| 2/24 | Wire Transfer Debit<br>TRINET HR III, INC | 4,329.03- |



Date  2/28/22          Page    4
Primary Account         2005

Commercial Checking          ▮▮▮▮ 2005   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | 041001039 | |
| | 352101002595 | |
| | ONE PARK PLACE, SUITE 600 | |
| | DUBLIN CA 94568 | |
| | US | |
| | KEYBANK | |
| | TRINET REQUEST | |
| | 20220224MMQFMP9N000058 | |
| | 20220224MMQFMPWD004297 | |
| | 02241054FT01 | |
| 2/24 | Wire Transfer Debit | 60,349.81- |
| | TRINET HR III, INC | |
| | 041001039 | |
| | 352101002595 | |
| | ONE PARK PLACE, SUITE 600 | |
| | DUBLIN CA 94568 | |
| | US | |
| | KEYBANK | |
| | TRINET REQUEST | |
| | 20220224MMQFMP9N000057 | |
| | 20220224MMQFMPWD004282 | |
| | 02241053FT01 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 1,040,522.04 | 2/09 | 887,964.49 | 2/18 | 819,847.23 |
| 2/02 | 1,049,036.04 | 2/11 | 822,316.15 | 2/22 | 814,833.23 |
| 2/03 | 1,043,913.94 | 2/14 | 822,170.93 | 2/23 | 811,934.77 |
| 2/07 | 988,682.44 | 2/15 | 819,952.18 | 2/24 | 747,255.93 |
| 2/08 | 992,045.44 | 2/17 | 819,922.23 | 2/25 | 813,922.93 |

*** END OF STATEMENT ***

Citibank CBO Services      020
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
█████ 8059
**Statement Period**
Feb 1 - Feb 28, 2022
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1  of  2

COUNCIL FOR AID TO EDUCATION, INC.
22 SAUNDERS TER
WELLESLEY             MA 02481

## CitiBusiness® ACCOUNT AS OF FEBRUARY 28, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$59,892.16** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM JANUARY 1, 2022 THRU JANUARY 31, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING # █████ 8059** | | | |
| Average Daily Collected Balance | | | $51,137.58 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 2 | .4500 | 0.90 |
| **WAIVE | | | |
| CITIBUSINESS ONLINE | | | |
| ACH - CBUSOL WEB ACH MODULE | 1 | .0000 | 0.00 |
| **WAIVE | | | |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
| ACH - MONTHLY MAINTENANCE FEEWCM | 1 | 25.0000 | 25.00 |
| DEPOSIT SERVICES | | | |
| REMOTE CHECK MAINTENANCE | 1 | 25.0000 | 25.00 |
| **Total Charges for Services** | | | **$50.00** |
| **Net Service Charge** | | | **$50.00** |

Charges debited from account # █████ 8059

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**

| | | | |
|---|---|---|---|
| █████ 8059 | | **Beginning Balance:** | $55,176.40 |
| | | **Ending Balance:** | $59,892.16 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01 | DEPOSIT | | 7,000.00 | 62,176.40 |
| 02/08 | SERVICE CHARGE | 50.00 | | 62,126.40 |
| | ACCT ANALYSIS DIRECT DB | | | |
| 02/17 | DEBIT CARD (POS) Card Ending in 6858 | 4.28 | | 62,122.12 |
| | USPS PO 24002501 337 WAWELLESLEY HILMAUS0519 | | | |
| 02/17 | DEBIT CARD PURCH Card Ending in 6858 | 87.10 | | 62,035.02 |
| | *VBJWQS5          006858 Feb 17 | | | |
| | INTUIT *QuickBooks On CL.INTUIT.COM CA 22047 | | | |
| 02/17 | ACH DEBIT | 378.00 | | 61,657.02 |
| | PHILA INS CO      INS IN   83497613     Feb 17 | | | |
| 02/24 | TRANSFER TO COVER OD | 10.00 | | 61,647.02 |

COUNCIL FOR AID TO EDUCATION, INC.                    Account ████8059          Page 2 of 2                    000/R1/04F000
Statement Period:  Feb 1 - Feb 28, 2022

## CHECKING ACTIVITY                                                                                    Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/25 | DEBIT CARD (POS) Card Ending in 6858<br>USPS PO 24002501 337 WAWELLESLEY HILMAUS0519 | 5.15 | | 61,641.87 |
| 02/25 | OTHER WITHDRAWAL/ADJ | 1,749.71 | | 59,892.16 |
| | **Total Debits/Credits** | **2,284.24** | **7,000.00** | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TTY: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.