**Fill in this information to identify the case:**

Debtor Name Council for Aid to Education Inc

United States Bankruptcy Court for the:_____ District of _____ [▼]

Case number: 21-11221

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: March 2022

Date report filed: 04/27/2022
MM / DD / YYYY

Line of business: Educational Testing Service

NAISC code: 611710

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: CFO

Original signature of responsible party *Michelle Joyce*

Printed name of responsible party Michelle Joyce

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **Council for Aid to Education Inc**                    Case number 21-11221

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ❑ | ☑ | ❑ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❑ | ☑ | ❑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ ____873,815

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.                    $ ____293,958

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.                    – $ ____-320,001

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.                    + $ ____-26,043
   This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.                    = $ ____847,772

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $ ____150,092

   *(Exhibit E)*

Debtor Name  Council for Aid to Education Inc       Case number 21-11221

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**       $ _____ 214,269

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?       22
27. What is the number of employees as of the date of this monthly report?       22

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____ 0
30. How much have you paid this month in other professional fees?       $ _____ 0
31. How much have you paid in total other professional fees since filing the case?       $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 225,000 | − | $ 293,598 | = | $ -68,598 |
| 33. **Cash disbursements** | $ -375,000 | − | $ -320,001 | = | $ -54,999 |
| 34. **Net cash flow** | $ -50,000 | − | $ -26,043 | = | $ -23,957 |

35. Total projected cash receipts for the next month:       $ 225,000
36. Total projected cash disbursements for the next month:       − $ 375,000
37. Total projected net cash flow for the next month:       = $ -50,000

Debtor Name Council for Aid to Education Inc                    Case number 21-11221

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Exhibit A

**Exhibit A**

We have received payments for outstanding invoices into our original Citibank Account.

The detailed transactions for the Citibank accounts can be found in Exhibits C-1 & D- 1.

# Exhibit B

Exhibit B.

As reported at the U.S. Trustee at the Initial Debtor Interview, Council for Aid to Education Inc., has not been able to close the original Citibank account yet because several customers have receivables outstanding from pre-bankruptcy invoices that have ACH payment instructions containing the bank information for Citibank. The Debtor expects to close the Citibank by the end of June.

The detailed transactions for the Citibank accounts can be found in Exhibits C-1 & D- 1.

# Exhibit C

**COUNCIL FOR AID TO EDUCATION**
**Transaction Report**
**March 2022**

| | Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Citibank Ops 8059** | | | | | | | | | |
| | Beginning Balance | | | | | | | | |
| | 03/22/2022 | Payment | The City of New York | No | NYCDOE | | 1040 Citibank Ops 8059 | 1200 Accounts Receivable | 158,368.06 |
| | 03/23/2022 | Deposit | | No | QuickBooks | Bank verify for Tax pmts | 1040 Citibank Ops 8059 | 8070 General and Administrative:Bank Service Charges | 0.02 |
| | 03/24/2022 | Deposit | | No | Stratford Schools | | 1040 Citibank Ops 8059 | 1260 Undeposited Funds | 14,060.00 |
| **Total for Citibank Ops 8059** | | | | | | | | | **$   172,428.08** |
| **TOTAL** | | | | | | | | | |

Tuesday, Apr 26, 2022 11:41:27 AM GMT-7

**COUNCIL FOR AID TO EDUCATION**
**Transaction Report**
**March 2022**

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **1050 Axos Bank** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 03/02/2022 | Deposit | | No | Bill.Com | "This is an old receivable, that we have had on the books for quite a while. I think it had to do with a transit check credit or something like that. We have $7500 on the books . | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | 0.47 |
| | | | | | Best | | | |
| 03/03/2022 | Deposit | | No | United States Treasury IRS | Ingmar Berg" | 1050 Axos Bank | -Split- | 7,591.68 |
| 03/14/2022 | Journal Entry | | No | | Bill.com 03/14/22 Credit P22020801 - 6527684 | 1050 Axos Bank | -Split- | 2,250.00 |
| 03/15/2022 | Deposit | | No | | | 1050 Axos Bank | -Split- | 9,196.00 |
| 03/16/2022 | Payment | Itesco AC | No | Ibero Iteso | | 1050 Axos Bank | 1200 Accounts Receivable | 1,003.13 |
| 03/16/2022 | Deposit | | No | | | 1050 Axos Bank | -Split- | 10,472.00 |
| 03/17/2022 | Journal Entry | | No | | Bill.com 03/17/22 Credit P22030101 - 1934748 | 1050 Axos Bank | -Split- | 1,900.00 |
| 03/21/2022 | Deposit | | No | Kohelet Yeshiva Lab School | System-recorded deposit for QuickBooks Payments | 1050 Axos Bank | 1260 Undeposited Funds | 2,000.00 |
| 03/23/2022 | Deposit | | No | UAIC Education Department | System-recorded deposit for QuickBooks Payments | 1050 Axos Bank | 1260 Undeposited Funds | 2,000.00 |
| 03/24/2022 | Deposit | | No | | System-recorded deposit for QuickBooks Payments | 1050 Axos Bank | -Split- | 10,500.00 |
| 03/25/2022 | Payment | Bill.com 5753 | No | New Meridian:New Meridian Illinois ELA 22 Services | | 1050 Axos Bank | 1200 Accounts Receivable | 66,667.00 |
| 03/29/2022 | Deposit | | No | | | 1050 Axos Bank | -Split- | 7,950.00 |
| **Total for 1050 Axos Bank** | | | | | | | | **$ 121,530.28** |
| **TOTAL** | | | | | | | | |

Tuesday, Apr 26, 2022 11:24:12 AM GMT-7 - Accrual Basis

# Exhibit D

**COUNCIL FOR AID TO EDUCATION**
**Transaction Report**
March 2022

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| **Citibank Ops 8059** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 03/08/2022 | Expenditure | | No | Axos Bank Vendor | | 1040 Citibank Ops 8059 | 8070 General and Administrative:Bank Service Charges | -50.00 |
| 03/16/2022 | Expenditure | | No | QuickBooks | | 1040 Citibank Ops 8059 | 8070 General and Administrative:Bank Service Charges | -0.02 |
| 03/18/2022 | Expenditure | | No | QuickBooks | | 1040 Citibank Ops 8059 | 8067 General and Administrative:Computer - Software | -87.10 |
| 03/21/2022 | Bill Payment (Check) | | No | Philadelphia Insurance Companies | 83497613 | 1040 Citibank Ops 8059 | 2000 Accounts Payable | -57.92 |
| 03/24/2022 | Tax Payment | | No | IRS | Tax Payment for Period: 10/01/2020-10/31/2020 | 1040 Citibank Ops 8059 | Payroll Liabilities:Federal Taxes (941/944) | -678.54 |
| 03/24/2022 | Tax Payment | | No | IRS | Tax Payment for Period: 09/30/2020-09/30/2020 | 1040 Citibank Ops 8059 | Payroll Liabilities:Federal Taxes (941/944) | -678.54 |
| 03/24/2022 | Tax Payment | | No | IRS | Tax Payment for Period: 11/01/2020-11/30/2020 | 1040 Citibank Ops 8059 | Payroll Liabilities:Federal Taxes (941/944) | -678.54 |
| 03/24/2022 | Expenditure | | No | CitiBank | | 1040 Citibank Ops 8059 | 8070 General and Administrative:Bank Service Charges | -10.00 |
| 03/31/2022 | Expenditure | | No | CitiBank | | 1040 Citibank Ops 8059 | 8905 Other Expenses:Interest Expense | -1,580.38 |
| **Total for Citibank Ops 8059** | | | | | | | | **-$ 3,821.04** |
| **TOTAL** | | | | | | | | |

Tuesday, Apr 26, 2022 11:41:27 AM GMT-7

**COUNCIL FOR AID TO EDUCATION**
**Transaction Report**
March 2022

| Date | Transaction Type | Num | Adj | Name | Memo/Description | Account | Split | Amount |
|------|------------------|-----|-----|------|------------------|---------|-------|--------|
| **1050 Axos Bank** | | | | | | | | |
| Beginning Balance | | | | | | | | |
| 03/01/2022 | Expenditure | | No | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: MonthlyServiceFee, fee-type: Card. | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | -20.00 |
| 03/01/2022 | Expenditure | | No | Hightail | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -16.95 |
| 03/01/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -12.90 |
| 03/01/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -5.00 |
| 03/01/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -5.00 |
| 03/02/2022 | Journal Entry | | No | | Bill.com 03/02/22 Payables Funding | 1050 Axos Bank | -Split- | -84,546.51 |
| 03/02/2022 | Expenditure | | No | Bill.Com | | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | -0.47 |
| 03/03/2022 | Expenditure | | No | QuickBooks | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -87.10 |
| 03/04/2022 | Journal Entry | | No | | Bill.com 03/04/22 Payables Funding | 1050 Axos Bank | -Split- | -195.00 |
| 03/04/2022 | Expenditure | | No | State of New Jersey | State of New Jersey Ck 1004 2/16/22 sent by IB | 1050 Axos Bank | 8025 General and Administrative:Payroll Taxes | -2,000.00 |
| 03/04/2022 | Expenditure | | No | State of New Jersey | State of NJ Dept of Labor ck 1005 Sent 2/16/22 by IB | 1050 Axos Bank | 8025 General and Administrative:Payroll Taxes | -93.33 |
| 03/08/2022 | Expenditure | | No | Basecamp | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -21.20 |
| 03/09/2022 | Journal Entry | | No | | Bill.com 03/09/22 Payables Funding | 1050 Axos Bank | -Split- | -62,481.25 |
| 03/11/2022 | Expenditure | | No | GoTo Connect GoTo.com | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -744.29 |
| 03/11/2022 | Expenditure | | No | Trinet | | 1050 Axos Bank | 9999 Payroll Clearing | -1,014.94 |
| 03/11/2022 | Expenditure | | No | Trinet | | 1050 Axos Bank | 9999 Payroll Clearing | -61,835.87 |
| 03/11/2022 | Expenditure | | No | Freshworks | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -103.44 |
| 03/11/2022 | Expenditure | | No | QuickBooks | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -39.58 |
| 03/14/2022 | Journal Entry | | No | | Bill.com 03/14/22 Payables Funding | 1050 Axos Bank | -Split- | -2,250.00 |
| 03/14/2022 | Expenditure | | No | Mailchimp | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -145.22 |
| 03/16/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -17.85 |
| 03/16/2022 | Journal Entry | | No | | Bill.com 03/16/22 Payables Funding | 1050 Axos Bank | -Split- | -12,037.50 |
| 03/17/2022 | Journal Entry | | No | | Bill.com 03/17/22 Payables Funding | 1050 Axos Bank | -Split- | -1,900.00 |
| 03/17/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -29.95 |
| 03/21/2022 | Expenditure | | No | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | -66.30 |
| 03/22/2022 | Expenditure | | No | Bill.Com | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -774.72 |
| 03/22/2022 | Expenditure | | No | Timetastic | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -14.00 |
| 03/23/2022 | Expenditure | | No | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | -66.30 |
| 03/23/2022 | Expenditure | | No | Timetastic | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -0.14 |
| 03/24/2022 | Journal Entry | 5329544 | No | | Bill.com 03/24/22 Payables Funding | 1050 Axos Bank | -Split- | -25,310.01 |
| 03/24/2022 | Expenditure | | No | Courtsolutions | | 1050 Axos Bank | 8032 General and Administrative:Professional Fees:Professional Fees - Legal | -70.00 |
| 03/24/2022 | Expenditure | | No | QuickBooks Payments | System-recorded fee for QuickBooks Payments. Fee-name: DiscountRateFee, fee-type: Daily. | 1050 Axos Bank | 8070 General and Administrative:Bank Service Charges | -347.10 |
| 03/28/2022 | Expenditure | | No | Adobe Systems Incorporated | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -391.82 |
| 03/29/2022 | Expenditure | | No | Trinet | | 1050 Axos Bank | 9999 Payroll Clearing | -58,318.78 |
| 03/29/2022 | Expenditure | | No | Trinet | | 1050 Axos Bank | 9999 Payroll Clearing | -1,177.79 |
| 03/29/2022 | Expenditure | | No | Hightail | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -16.95 |
| 03/30/2022 | Expenditure | | No | Traveling Mailbox | | 1050 Axos Bank | 8067 General and Administrative:Computer - Software | -22.80 |
| **Total for 1050 Axos Bank** | | | | | | | | **-$ 316,180.06** |
| **TOTAL** | | | | | | | | |

Tuesday, Apr 26, 2022 11:24:12 AM GMT-7 - Accrual Basis

# Exhibit E

# COUNCIL FOR AID TO EDUCATION
## A/P Aging Detail
### As of March 31, 2022

| Date | Transaction Type | Num | Vendor | Due Date | Past Due | Amount |
|---|---|---|---|---|---|---|
| 03/01/2022 | Bill | 12836 | AbleSpark | 03/01/2022 | 56 | 129.00 |
| 03/01/2022 | Bill | 12793 | AbleSpark | 03/01/2022 | 56 | 129.00 |
| 03/01/2022 | Bill | 12879 | AbleSpark | 03/03/2022 | 54 | 129.00 |
| 03/15/2022 | Bill | 220328 | Strategos Public Affairs, LLC | 03/15/2022 | 42 | 5,000.00 |
| 03/28/2022 | Bill | 33 | Devendra Singh | 03/28/2022 | 29 | 500.00 |
| 03/30/2022 | Bill | 4645 | Graphic World - GW, Inc | 03/30/2022 | 27 | 4,202.00 |
| 03/30/2022 | Bill | Inv19399 | ProctorU Inc | 03/30/2022 | 27 | 975.00 |
| 03/01/2022 | Bill | 12924 | AbleSpark | 03/31/2022 | 26 | 129.00 |
| 03/31/2022 | Bill | 796 | E-Squared Partners, LLC | 03/31/2022 | 26 | 13,534.00 |
| 03/31/2022 | Bill | HVT-12919 | AbleSpark | 04/01/2022 | 25 | 236.25 |
| 02/28/2022 | Bill | 91000009993 | NCS Pearson, INC. | 04/06/2022 | 20 | 5,208.33 |
| 02/28/2022 | Bill | 126 | Suddenly Orange | 04/07/2022 | 19 | 1,805.00 |
| 03/09/2022 | Bill | HVT-12913 | AbleSpark | 04/08/2022 | 18 | 742.50 |
| 03/29/2022 | Bill | Scoring Thru 03-24 | Emilia Pfannl | 04/13/2022 | 13 | 465.00 |
| 03/29/2022 | Bill | Scoring Thru 03-24 | Francisco Javier Torres | 04/13/2022 | 13 | 240.00 |
| 03/31/2022 | Bill | 1002 | Gabriel Yayac | 04/14/2022 | 12 | 2,475.00 |
| 03/25/2022 | Bill | 3/25/2022 | Kerry Hinton | 04/15/2022 | 11 | 2,150.00 |
| 03/30/2022 | Bill | 7 | Hillary Sparks-Roberts | 04/15/2022 | 11 | 3,225.00 |
| 03/31/2022 | Bill | 04/01/2022 | Tonya Brooks | 04/15/2022 | 11 | 10,740.00 |
| 03/31/2022 | Bill | 255 | Mathina Calliope | 04/15/2022 | 11 | 10,687.50 |
| 03/31/2022 | Bill | 3082023 | Jesse G Sternberg | 04/15/2022 | 11 | 6,840.00 |
| 03/31/2022 | Bill | 4.1.22 | Wendy Smith | 04/15/2022 | 11 | 5,610.00 |
| 03/31/2022 | Bill | 4/1/2022 | Teresa Dawber | 04/15/2022 | 11 | 4,320.00 |
| 03/31/2022 | Bill | 4/1/22 | Daniel Jachym | 04/15/2022 | 11 | 4,290.00 |
| 03/31/2022 | Bill | 2022-09 | David Barker. | 04/15/2022 | 11 | 3,585.00 |
| 03/31/2022 | Bill | 5 | Heather Nadelman | 04/15/2022 | 11 | 3,060.00 |
| 03/31/2022 | Bill | 10 | Mark Haber | 04/15/2022 | 11 | 2,795.00 |
| 03/31/2022 | Bill | 4 | Decade Assessment | 04/15/2022 | 11 | 2,665.00 |
| 03/31/2022 | Bill | 04_04_2022 | Rebecca Posner | 04/15/2022 | 11 | 1,917.50 |
| 03/31/2022 | Bill | 1227 | Jennifer Murtoff LLC | 04/15/2022 | 11 | 1,875.00 |
| 03/31/2022 | Bill | 1007 | Leslie Walker | 04/15/2022 | 11 | 1,690.00 |
| 03/31/2022 | Bill | CAE.PT21.INV005 | Science Leaf LLC | 04/15/2022 | 11 | 1,421.00 |
| 03/31/2022 | Bill | 6 | Sally Molloy | 04/15/2022 | 11 | 1,375.00 |
| 03/31/2022 | Bill | 3 | Daniel Goman | 04/15/2022 | 11 | 1,250.00 |
| 03/31/2022 | Bill | 22.04 | Robyn Raymr | 04/15/2022 | 11 | 1,140.00 |
| 03/31/2022 | Bill | 601 | Alex Bodine | 04/15/2022 | 11 | 1,080.00 |
| 03/31/2022 | Bill | 10/4/26 | Barbara A Somervill | 04/15/2022 | 11 | 995.00 |
| 03/31/2022 | Bill | 8 | Janet Callahan | 04/15/2022 | 11 | 975.00 |
| 03/31/2022 | Bill | 7 | Sheri Gushta | 04/15/2022 | 11 | 937.50 |
| 03/31/2022 | Bill | 03/31/2022 | Kerry Hinton | 04/15/2022 | 11 | 900.00 |
| 03/31/2022 | Bill | 3/31/2022 | Kerry Hinton | 04/15/2022 | 11 | 800.00 |
| 03/31/2022 | Bill | 2072024 | Xina Uhl | 04/15/2022 | 11 | 687.50 |
| 03/31/2022 | Bill | 1 | Paul Kahan | 04/15/2022 | 11 | 360.00 |
| 03/26/2022 | Bill | 2004160017 | Philadelphia Insurance Companies | 04/18/2022 | 8 | 435.92 |
| 02/28/2022 | Bill | 5109 | Graphic World - GW, Inc | 04/29/2022 | -3 | 7,227.00 |
| 02/28/2022 | Bill | 5110 | Graphic World - GW, Inc | 04/29/2022 | -3 | 3,124.00 |
| 03/31/2022 | Bill | 3798 | RoseComm | 04/30/2022 | -4 | 5,150.00 |
| 03/31/2022 | Bill | 133 | Spyre Marketing | 05/08/2022 | -12 | 10,620.00 |
| 03/31/2022 | Bill | 127 | Suddenly Orange | 05/08/2022 | -12 | 1,662.50 |
| 03/25/2022 | Bill | 5108 | Graphic World - GW, Inc | 05/24/2022 | -28 | 8,602.00 |
| **TOTAL** | | | | | | **$ 150,091.50** |

# Exhibit F

# COUNCIL FOR AID TO EDUCATION

## A/R Aging Summary

As of March 31, 2022

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Christopher Newport University | 7,000.00 | | | | | $7,000.00 |
| Logan View High School | 3,534.00 | | | | | $3,534.00 |
| New Meridian | | | | | | $0.00 |
| New Meridian Illinois ELA 22 Services | 66,667.00 | | | | | $66,667.00 |
| **Total New Meridian** | **66,667.00** | | | | | **$66,667.00** |
| Northest Lakeview College - Alamo | 7,000.00 | | | | | $7,000.00 |
| NYCDOE | 103,568.06 | | | | | $103,568.06 |
| Universidad Bernardo O´Higgins | 20,000.00 | | | | | $20,000.00 |
| Wichita State University | | | | | 6,500.00 | $6,500.00 |
| TOTAL | **$207,769.06** | **$0.00** | **$0.00** | **$0.00** | **$6,500.00** | **$214,269.06** |

# Exhibit G

# COUNCIL FOR AID TO EDUCATION

Statement of Financial Position

As of March 31, 2022

|  | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 CASH-CHASE CHECKING | 0.00 |
| 1010 CASH-CHASE PAYROLL | 0.00 |
| 1040 Citibank Ops 8059 | 228,499.20 |
| 1041 Citibank Savings 317 | 0.00 |
| 1045 Citibank MM-Lease Ltr of Credit | 0.00 |
| 1050 Axos Bank | 619,273.15 |
| 1072 Bill.com Money Out Clearing | 0.00 |
| <None> | 0.00 |
| **Total Bank Accounts** | **$847,772.35** |
| Accounts Receivable | |
| 1200 Accounts Receivable | 214,269.06 |
| 1210 Standard Assessment AR | 0.00 |
| 1270 Unbilled Receivables | 0.00 |
| **Total Accounts Receivable** | **$214,269.06** |
| Other Current Assets | |
| 1250 Misc Receivables | 1,364.64 |
| 1260 Undeposited Funds | 0.00 |
| 1275 Unbilled Recievables | 12,262.50 |
| **Total Other Current Assets** | **$13,627.14** |
| **Total Current Assets** | **$1,075,668.55** |
| Fixed Assets | |
| 1510 FURNITURE & FIXTURES | 111,971.90 |
| 1550 ACCUM DEPREC-F & F | -111,971.90 |
| **Total 1510 FURNITURE & FIXTURES** | **0.00** |
| 1520 COMPUTER & TELEPHONE | 263,744.94 |
| 1560 ACCUM DEPREC-COMP & TEL | -252,572.12 |
| **Total 1520 COMPUTER & TELEPHONE** | **11,172.82** |
| 1525 WEBSITE | 62,517.50 |
| 1540 ACCUM DEPREC | -36,008.88 |
| **Total 1525 WEBSITE** | **26,508.62** |
| 1530 LEASEHOLD IMPROVEMENTS | 0.00 |
| 1532 ACCUM DEPREC-LEASEHOLD IMP. | 0.00 |
| **Total 1530 LEASEHOLD IMPROVEMENTS** | **0.00** |
| 1542 LICENSES | 0.00 |
| 1544 ACCUM AMORIZ-LICENSES | 0.00 |
| **Total 1542 LICENSES** | **0.00** |
| **Total Fixed Assets** | **$37,681.44** |

# COUNCIL FOR AID TO EDUCATION

Statement of Financial Position

As of March 31, 2022

| | TOTAL |
|---|---|
| Other Assets | |
| 1600 Rent Security Deposit | 0.00 |
| 1610 Prepaid Assets - Other | 30,171.79 |
| **Total Other Assets** | **$30,171.79** |
| **TOTAL ASSETS** | **$1,143,521.78** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000 Accounts Payable | 150,091.50 |
| 2020 Rand Payable | 0.00 |
| **Total Accounts Payable** | **$150,091.50** |
| Other Current Liabilities | |
| 2009 Accrued Expenses - Bankruptcy | 264,958.40 |
| 2010 Accrued Expenses | 350,960.44 |
| 2011 Accrued Payroll | 521.65 |
| 2013 Deferred Revenue - Intl Std Testing | 30,410.00 |
| 2014 Accrued Bonuses | 0.00 |
| 2017 PPP Loan | 0.00 |
| 2025 Deferred Revenue - Services | 395,134.43 |
| 2030 Deferred Revenue - Solutions | 229,572.25 |
| 2060 Citibank Line of Credit | 478,097.85 |
| 2100 PAYROLL TAXES PAYABLE | 0.00 |
| 2101 Payroll Liabilities | 0.00 |
| **Total 2100 PAYROLL TAXES PAYABLE** | **0.00** |
| Payroll Liabilities | |
| Federal Taxes (941/944) | 0.00 |
| **Total Payroll Liabilities** | **0.00** |
| **Total Other Current Liabilities** | **$1,749,655.02** |
| **Total Current Liabilities** | **$1,899,746.52** |
| Long-Term Liabilities | |
| 2016 Deferred Rent | 0.00 |
| **Total Long-Term Liabilities** | **$0.00** |
| **Total Liabilities** | **$1,899,746.52** |
| Equity | |
| 3000 Opening Bal Equity | 0.00 |
| 3010 Net Assets-Unrestricted | -23,615.58 |
| 3900 Retained Earnings | -1,321,350.62 |

# COUNCIL FOR AID TO EDUCATION

Statement of Financial Position

As of March 31, 2022

| | TOTAL |
|---|---|
| Net Revenue | 588,741.46 |
| **Total Equity** | **$ -756,224.74** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,143,521.78** |

# COUNCIL FOR AID TO EDUCATION

Statement of Activity

August 2021 - March 2022

| | TOTAL |
|---|---|
| Revenue | |
| 4000 Revenue | |
| 4022 Services Revenue | 2,265,020.88 |
| 4065 Solutions Revenue | 544,117.63 |
| **Total 4000 Revenue** | **2,809,138.51** |
| 4500 Other Income | |
| 4590 Sales | 0.00 |
| **Total 4500 Other Income** | **0.00** |
| **Total Revenue** | **$2,809,138.51** |
| Cost of Goods Sold | |
| 5000 Cost of Goods Sold | |
| 5095 Payroll Taxes | 42,443.69 |
| 5100 COGS- Services | |
| 5010 Salaries - Services | 266,580.95 |
| 5104 Subcontractors - Services | 930,418.66 |
| 5110 Bonuses - Services | 5,000.00 |
| 5120 Pension Expense - Services | 8,463.53 |
| 5140 Benefits - Services | 47,304.71 |
| **Total 5100 COGS- Services** | **1,257,767.85** |
| 5200 COGS - Solutions | |
| 5020 Salaries - Solutions | 152,080.17 |
| 5047 Scorer Fees | 27,959.35 |
| 5204 Subcontractors - Solutions | 178,937.72 |
| 5210 Bonuses - Solutions | 3,000.00 |
| 5220 Pension Expense - Solutions | 5,150.17 |
| 5240 Benefits - Solutions | 20,970.28 |
| **Total 5200 COGS - Solutions** | **388,097.69** |
| **Total 5000 Cost of Goods Sold** | **1,688,309.23** |
| **Total Cost of Goods Sold** | **$1,688,309.23** |
| **GROSS PROFIT** | **$1,120,829.28** |
| Expenditures | |
| 7000 Sales and Marketing | |
| 7010 Salaries | 70,241.72 |
| 7012 Bonuses | 1,000.00 |
| 7025 Conferences | 2,547.95 |
| 7030 Pension Expense | 2,816.72 |
| 7040 Benefits | 17,550.55 |
| 7095 Payroll Taxes | 6,219.09 |
| 7120 Marketing | 181,670.73 |
| **Total 7000 Sales and Marketing** | **282,046.76** |

# COUNCIL FOR AID TO EDUCATION

Statement of Activity

August 2021 - March 2022

| | TOTAL |
|---|---|
| 8000 General and Administrative | |
| 8010 Salaries | 226,235.41 |
| 8012 Bonuses | 2,000.00 |
| 8015 Benefits | 17,693.21 |
| 8020 Pension Expense | 9,360.26 |
| 8025 Payroll Taxes | 21,547.42 |
| 8030 Professional Fees | 379,219.00 |
| 8031 Accounting and Audit | 32,080.00 |
| 8032 Professional Fees - Legal | 6,428.53 |
| **Total 8030 Professional Fees** | **417,727.53** |
| 8051 Computer and Equipment Maintenance | 3,331.50 |
| 8055 Insurance Expense | 17,842.54 |
| 8060 Postage | 86.20 |
| 8065 Computer - Website | 25,970.30 |
| 8067 Computer - Software | 37,272.98 |
| 8070 Bank Service Charges | 4,704.13 |
| 8072 Taxes and Fees | 25.00 |
| 8075 Payroll Fees | 16,527.79 |
| 8080 Office Supplies | 3,375.99 |
| 8085 Miscellaneous Expense | -10,233.29 |
| 8086 Travel Expense | 2,135.74 |
| **Total 8000 General and Administrative** | **795,602.71** |
| **Total Expenditures** | **$1,077,649.47** |
| NET OPERATING REVENUE | **$43,179.81** |
| Other Revenue | |
| 8910 Other Revenue | 259,337.68 |
| 8911 Other Gain/Loss - Bankruptcy | 366,737.54 |
| **Total Other Revenue** | **$626,075.22** |
| Other Expenditures | |
| 8900 Other Expenses | 57,256.27 |
| 8905 Interest Expense | 11,964.34 |
| 9015 Depreciation Expense | 3,673.36 |
| 9020 Amortization Expense | 7,619.60 |
| **Total 8900 Other Expenses** | **80,513.57** |
| 9999 Payroll Clearing | 0.00 |
| **Total Other Expenditures** | **$80,513.57** |
| NET OTHER REVENUE | **$545,561.65** |
| NET REVENUE | **$588,741.46** |

| | | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| 4000 Revenue | | | | | | | | | | | | | | |
| 4022 Services Revenue | | $ 465,926 | $ 397,592 | $ 285,254 | $ 222,518 | $ 347,434 | $ 328,420 | $ 311,047 | $ 282,511 | $ 282,511 | $ 249,178 | $ 249,178 | $ 257,511 | $ 3,679,078 |
| 4065 Solutions Revenue | | $ 37,538 | $ 75,075 | $ 112,613 | $ 75,075 | $ 37,538 | $ 37,538 | $ 30,891 | $ 61,782 | $ 92,674 | $ 61,782 | $ 30,891 | $ 30,891 | $ 684,287 |
| Other Revenue | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Revenue** | | $ 503,463 | $ 472,667 | $ 397,867 | $ 297,593 | $ 384,971 | $ 365,957 | $ 341,938 | $ 344,293 | $ 375,184 | $ 310,960 | $ 280,069 | $ 288,402 | $ 4,363,365 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| 5000 Cost of Goods Sold | | | | | | | | | | | | | | |
| 5100 COGS- Services | | | | | | | | | | | | | | |
| 5010 Salaries - Services | | $ 35,542 | $ 35,542 | $ 35,542 | $ 35,542 | $ 35,542 | $ 35,542 | $ 36,608 | $ 36,608 | $ 36,608 | $ 36,608 | $ 36,608 | $ 36,608 | $ 432,896 |
| 5120 Pension Expense - Services | combined | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,530 | $ 8,786 | $ 8,786 | $ 8,786 | $ 8,786 | $ 8,786 | $ 8,786 | $ 103,895 |
| 5140 Benefits &Taxes - Services | | | | | | | | | | | | | | |
| 5210 Bonuses - Solutions | | | | | | | | | | | | | | |
| 5104 Subcontractors - Services | combined | $ 120,282 | $ 261,054 | $ 108,478 | $ 151,638 | $ 231,215 | $ 165,266 | $ 159,706 | $ 78,921 | $ 80,021 | $ 76,214 | $ 70,714 | $ 86,618 | $ 1,590,126 |
| 5104 Vendors - Services | | | | | | | | | | | | | | |
| 5115 Other Project Costs | | | | | | | | | | | | | | |
| Total 5100 COGS- Services | | $ 164,354 | $ 305,126 | $ 152,550 | $ 195,709 | $ 275,286 | $ 209,337 | $ 205,099 | $ 124,315 | $ 125,415 | $ 121,608 | $ 116,108 | $ 132,012 | $ 2,126,918 |
| 5200 COGS - Solutions | | | | | | | | | | | | | | |
| 5020 Salaries - Solutions | | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,292 | $ 17,810 | $ 17,810 | $ 17,810 | $ 17,810 | $ 17,810 | $ 17,810 | $ 210,613 |
| 5220 Pension Expense - Solutions | combined | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,150 | $ 4,275 | $ 4,275 | $ 4,275 | $ 4,275 | $ 4,275 | $ 4,275 | $ 50,547 |
| 5240 Benefits & Taxes - Solutions | | | | | | | | | | | | | | |
| 5210 Bonuses - Solutions | | | | | | | | | | | | | | |
| 5047 Scorer Fees | | $ 3,505 | $ 7,011 | $ 10,516 | $ 7,011 | $ 3,505 | $ 3,505 | $ 2,154 | $ 4,307 | $ 6,461 | $ 4,307 | $ 2,154 | $ 2,154 | $ 56,591 |
| 5204 Subcontractors - Solutions | tess | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| 5104 Vendors - Solutions | mzd | $ 6,609 | $ 13,219 | $ 19,828 | $ 13,219 | $ 6,609 | $ 6,609 | $ 6,609 | $ 13,219 | $ 19,828 | $ 13,219 | $ 6,609 | $ 6,609 | $ 132,188 |
| 5115 Other Project Costs | | | | | | | | | | | | | | |
| Total 5200 COGS - Solutions | | $ 36,556 | $ 46,671 | $ 56,786 | $ 46,671 | $ 36,556 | $ 36,556 | $ 42,457 | $ 51,220 | $ 46,765 | $ 38,002 | $ 35,848 | $ 35,848 | $ 509,938 |
| **Total Cost of Goods Sold** | | $ 200,910 | $ 351,797 | $ 209,336 | $ 242,380 | $ 311,843 | $ 245,894 | $ 247,557 | $ 175,535 | $ 172,179 | $ 159,610 | $ 151,956 | $ 167,860 | $ 2,636,856 |
| **Gross Margin** | | $ 302,553 | $ 120,870 | $ 188,531 | $ 55,213 | $ 73,128 | $ 120,063 | $ 94,382 | $ 168,758 | $ 203,005 | $ 151,350 | $ 128,113 | $ 120,543 | $ 1,726,510 |
| **Gross Margin %** | | 60.1% | 25.6% | 47.4% | 18.6% | 19.0% | 32.8% | 27.6% | 49.0% | 54.1% | 48.7% | 45.7% | 41.8% | 39.6% |
| **Sales and Marketing** | | | | | | | | | | | | | | |
| Sales and Marketing:Salaries | | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,583 | $ 8,841 | $ 8,841 | $ 8,841 | $ 8,841 | $ 8,841 | $ 8,841 | $ 104,545 |
| Sales and Marketing:Benefits, Taxes, etc | | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,060 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 2,122 | $ 25,091 |
| Consulting Fees - Sales & Marketing | | $ 36,167 | $ 27,667 | $ 26,667 | $ 26,667 | $ 26,667 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 318,833 |
| Sales and Marketing:Marketing /Events/Advertising | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 6,000 |
| Sales and Marketing:Travel | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 20,000 |
| **Total Sales & Marketing** | | $ 46,810 | $ 38,310 | $ 37,310 | $ 37,310 | $ 37,310 | $ 35,643 | $ 35,963 | $ 39,963 | $ 41,463 | $ 41,463 | $ 41,463 | $ 41,463 | $ 474,469 |
| **% of Revenue** | | 9.3% | 8.1% | 9.4% | 12.5% | 9.7% | 9.7% | 10.5% | 11.6% | 11.1% | 13.3% | 14.8% | 14.4% | 10.9% |
| **General and Administrative** | | | | | | | | | | | | | | |
| General and Administrative:Professional Fees | | $ 63,300 | $ 55,800 | $ 50,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 45,800 | $ 582,100 |
| General and Administrative:Professional Fees:Accounting and Audit | | $ 15,000 | | | | | | | | | | | | $ 15,000 |
| G&A:Salaries | | $ 27,438 | $ 27,438 | $ 27,438 | $ 27,438 | $ 27,438 | $ 27,438 | $ 28,261 | $ 28,261 | $ 28,261 | $ 28,261 | $ 28,261 | $ 28,261 | $ 334,189 |
| G&A:Benefits, Taxes, etc | | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,585 | $ 6,783 | $ 6,783 | $ 6,783 | $ 6,783 | $ 6,783 | $ 6,783 | $ 80,205 |
| Bonus Program | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 8000 OTHER OPERATING EXPENSES | | $ 22,360 | $ 22,360 | $ 22,360 | $ 22,360 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 13,610 | $ 198,320 |
| **TOTAL G&A** | | $ 134,683 | $ 112,183 | $ 107,183 | $ 102,183 | $ 93,433 | $ 93,433 | $ 94,453 | $ 94,453 | $ 94,453 | $ 94,453 | $ 94,453 | $ 94,453 | $ 1,209,814 |
| **% of Revenue** | | 26.8% | 23.7% | 26.9% | 34.3% | 24.3% | 25.5% | 27.6% | 27.4% | 25.2% | 30.4% | 33.7% | 32.8% | 27.7% |
| **TOTAL SG&A** | | $ 181,493 | $ 150,493 | $ 144,493 | $ 139,493 | $ 130,743 | $ 129,076 | $ 130,416 | $ 134,416 | $ 135,916 | $ 135,916 | $ 135,916 | $ 135,916 | $ 1,684,283 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EBITDA** | $ 121,061 | -$ 29,622 | $ 44,039 | -$ 84,280 | -$ 57,614 | -$ 9,012 | -$ 36,034 | $ 34,342 | $ 67,089 | $ 15,434 | -$ 7,803 | -$ 15,373 | $ 42,227 |
| | 24.0% | -6.3% | 11.1% | -28.3% | -15.0% | -2.5% | -10.5% | 10.0% | 17.9% | 5.0% | -2.8% | -5.3% | 1.0% |
| DEPRECIATION & AMORTIZATION | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | $ 5,579 | 66,950 |
| 8044 INTEREST | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | $ 1,875 | 22,500 |
| **Net Earnings** | $ 113,606 | -$ 37,076 | $ 36,585 | -$ 91,734 | -$ 65,068 | -$ 16,467 | -$ 43,488 | $ 26,888 | $ 59,635 | $ 7,980 | -$ 15,257 | -$ 22,827 | -$ 47,223 |
| | 22.6% | -7.8% | 9.2% | -30.8% | -16.9% | -4.5% | -12.7% | 7.8% | 15.9% | 2.6% | -5.4% | -7.9% | -1.1% |

# Exhibit H



```
                                        Date   3/31/22        Page      1
                                        Primary Account         ████2005


        COUNCIL FOR AID TO EDUCATION, INC.
        Debtor in Possession,
        Case # 21-11221-jlg
        1820 MASTERS WAY
        CHADDS FORD PA 19317
```

```
Account Title:          COUNCIL FOR AID TO EDUCATION, INC.
                        Debtor in Possession,
                        Case # 21-11221-jlg
```

| | | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 2 |
| Account Number | ████2005 | Statement Dates   3/01/22 thru  3/31/22 | |
| Previous Balance | 813,922.93 | Days in the statement period | 31 |
| 12 Deposits/Credits | 121,530.28 | Avg Daily Ledger | 657,344.38 |
| 37 Checks/Debits | 316,180.06 | Avg Daily Collected | 655,953.10 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 619,273.15 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/02 | Verify     Bill.com | .47 |
| | CCD 021000028061064 | |
| | COUNCIL FOR AID TO EDU | |
| 3/03 | Deposit | 7,591.68 |
| 3/14 | VoidPaymnt Bill.com | 2,250.00 |
| | CCD 021000021942353 | |
| | COUNCIL FOR AID TO EDU | |
| 3/15 | Wire Transfer Credit | 1,003.13 |
| | ITESO AC | |
| | PERIFERICO SUR MANUEL GOMEZ MO | |
| | 585 SANTA MARIA TEQUEPEXPAN CP | |
| | 1 MEXICO TLAQUEPAQUE | |
| | BANCO MONEX S.A. INSTITUCION D | |



```
                                        Date   3/31/22        Page      2
                                        Primary Account        ████2005
```

Commercial Checking          ████2005  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | BANCA MULTIPLE | |
|      | AV PASEO DE LA REFORMA 284, 15 | |
|      | COL JUAREZ,DEL CUAUHTEMOC,DF,M | |
|      | PAGO FACTURA PAGO DE SERVICIOS | |
|      | 20220315B1Q9282C004898 | |
|      | 20220315MMQFMP9N000212 | |
|      | 03151324FT01 | |
| 3/16 | Wire Transfer Credit | 10,472.00 |
|      | THE HONG KONG POLYTECHNIC UNIV | |
|      | Y AP YUK CHOI STREET HUNG HOM | |
|      | /HONG KONG | |
|      | STANDARD CHARTERED BANK (HONG | |
|      | LIMITED | |
|      | 4-4A DES VOEUX ROAD CENTRAL | |
|      | HONG KONG | |
|      | 5751   PO5101216 | |
|      | 20220316L1B7832F000055 | |
|      | 20220316MMQFMP9N000056 | |
|      | 03160919FT01 | |
| 3/17 | VoidPaymnt Bill.com | 1,900.00 |
|      | CCD 021000029245960 | |
|      | COUNCIL FOR AID TO EDU | |
| 3/18 | DDA Regular Deposit | 9,196.00 |
| 3/22 | DEPOSIT    INTUIT 02530475 | 2,000.00 |
|      | CCD 021000028015922 | |
|      | COUNCIL FOR AID TO EDU | |
| 3/24 | DEPOSIT    INTUIT 15893755 | 2,000.00 |
|      | CCD 021000021134314 | |
|      | COUNCIL FOR AID TO EDU | |
| 3/25 | DEPOSIT    INTUIT 20617965 | 10,500.00 |
|      | CCD 021000021869216 | |
|      | COUNCIL FOR AID TO EDU | |
| 3/25 | Bill.com    New Meridian Cor | 66,667.00 |
|      | CCD 121140390979087 | |
|      | Council for Aid to Edu | |
| 3/31 | DDA Regular Deposit | 7,950.00 |



Date  3/31/22          Page     3
Primary Account   ████████2005

Commercial Checking          ██████2005  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | DBT CRD 1628 02/28/22 09002323<br>TRAVELINGMAILBOX.COM<br>TRAVELINGMAIL NC C#9279 | 5.00- |
| 3/01 | DBT CRD 1628 02/28/22 09362793<br>TRAVELINGMAILBOX.COM<br>TRAVELINGMAIL NC C#9279 | 5.00- |
| 3/01 | DBT CRD 1633 03/01/22 11926682<br>TRAVELINGMAILBOX.COM<br>TRAVELINGMAIL NC C#9279 | 12.90- |
| 3/01 | DBT CRD 1017 02/28/22 86691929<br>HIGHTAIL-OPENTEXT<br>669-222-8281  GA C#9261 | 16.95- |
| 3/02 | Verify    Bill.com<br>CCD 021000028061063<br>COUNCIL FOR AID TO EDU | .47- |
| 3/02 | ACCT FEE   INTUIT 45375245<br>CCD 021000023510157<br>COUNCIL FOR AID TO EDU | 20.00- |
| 3/02 | Payables   Bill.com<br>CCD 021000027969056<br>COUNCIL FOR AID TO EDU | 84,546.51- |
| 3/03 | QuickBooks 18004INTUIT<br>CCD 021000020884740<br>COUNCIL FOR AID TO EDU | 87.10- |
| 3/04 | Payables   Bill.com<br>CCD 021000029719864<br>COUNCIL FOR AID TO EDU | 195.00- |
| 3/08 | DBT CRD 0745 03/07/22 95280894<br>BC.BASECAMP 2 2759288<br>312-281-5333  IL C#9279 | 21.20- |
| 3/09 | Payables   Bill.com<br>CCD 021000022865348<br>COUNCIL FOR AID TO EDU | 62,481.25- |
| 3/11 | Wire Transfer Debit<br>TRINET HR III, INC<br>041001039<br>352101002595<br>ONE PARK PLACE, SUITE 600<br>DUBLIN CA 94568 | 1,014.94- |



Date    3/31/22              Page    4
Primary Account    ████████2005

Commercial Checking    ██████2005  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| | US | |
| | KEYBANK | |
| | TRINET REQUEST | |
| | 20220311MMQFMP9N000051 | |
| | 20220311MMQFMPWD004101 | |
| | 03111040FT01 | |
| 3/11 | Wire Transfer Debit | 61,835.87- |
| | TRINET HR III, INC | |
| | 041001039 | |
| | 352101002595 | |
| | ONE PARK PLACE, SUITE 600 | |
| | DUBLIN CA 94568 | |
| | US | |
| | KEYBANK | |
| | TRINET REQUEST | |
| | 20220311MMQFMP9N000049 | |
| | 20220311MMQFMPWD004093 | |
| | 03111039FT01 | |
| 3/11 | DBT CRD 1320 03/10/22 96009080 | 39.58- |
| | INTUIT *QuickBooks Pay | |
| | CL.INTUIT.COM CA C#9261 | |
| 3/11 | DBT CRD 1406 03/10/22 23862157 | 103.44- |
| | FRESHWORKS INC | |
| | FRESHWORKS.CO CA C#9261 | |
| 3/11 | DBT CRD 0155 03/10/22 85064484 | 744.29- |
| | GoTo GoToConnect | |
| | goto.com    MA C#9261 | |
| 3/14 | Payables   Bill.com | 2,250.00- |
| | CCD 021000020863162 | |
| | COUNCIL FOR AID TO EDU | |
| 3/14 | DBT CRD 0108 03/12/22 56971026 | 145.22- |
| | MAILCHIMP    *MISC | |
| | MAILCHIMP.COM GA C#9261 | |
| 3/16 | Payables   Bill.com | 12,037.50- |
| | CCD 021000022463193 | |
| | COUNCIL FOR AID TO EDU | |
| 3/16 | DBT CRD 1011 03/15/22 47157440 | 17.85- |
| | TRAVELINGMAILBOX.COM | |
| | TRAVELINGMAIL NC C#9279 | |
| 3/17 | Payables   Bill.com | 1,900.00- |
| | CCD 021000029285322 | |



Date  3/31/22        Page    5
Primary Account      ████2005

Commercial Checking        █████2005  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | COUNCIL FOR AID TO EDU | |
| 3/17 | DBT CRD 2224 03/17/22 22906721 | 29.95- |
| | TRAVELING MAILBOX | |
| | TRAVELINGMAIL NC C#9279 | |
| 3/22 | TRAN FEE   INTUIT 62396595 | 66.30- |
| | CCD 021000028167690 | |
| | COUNCIL FOR AID TO EDU | |
| 3/22 | BILLING    BILL.COM LLC | 774.72- |
| | CCD 121140396844369 | |
| | COUNCIL FOR AID TO EDU | |
| 3/22 | DBT CRD 1438 03/21/22 07392355 | 14.00- |
| | TIMETASTIC | |
| | MANCHESTER   GB C#9261 | |
| 3/23 | Int Fee 1407 03/22/22 07392355 | .14- |
| | TIMETASTIC | |
| | MANCHESTER   OO C# 9261 | |
| 3/24 | DBT CRD 0902 03/22/22 05513485 | 70.00- |
| | COURTSOLUTIONS | |
| | 917-746-7476  NY C#9261 | |
| 3/24 | TRAN FEE   INTUIT 76377105 | 66.30- |
| | CCD 021000021290512 | |
| | COUNCIL FOR AID TO EDU | |
| 3/24 | Payables   Bill.com | 25,310.01- |
| | CCD 021000026536057 | |
| | COUNCIL FOR AID TO EDU | |
| 3/25 | TRAN FEE   INTUIT 81179245 | 347.10- |
| | CCD 021000022026096 | |
| | COUNCIL FOR AID TO EDU | |
| 3/28 | DBT CRD 0519 03/26/22 71514720 | 391.82- |
| | Adobe Inc | |
| | 800-8336687   CA C#9279 | |
| 3/29 | Wire Transfer Debit | 1,177.79- |
| | TRINET HR III, INC | |
| | 041001039 | |
| | 352101002595 | |
| | ONE PARK PLACE, SUITE 600 | |
| | DUBLIN CA 94568 | |
| | US | |
| | KEYBANK | |



```
                                    Date   3/31/22        Page      6
                                    Primary Account            ████2005
```

Commercial Checking          ████2005  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
|  | TRINET REQUEST 20220329MMQFMP9N000142 20220329MMQFMPWD004026 03291046FT01 |  |
| 3/29 | Wire Transfer Debit | 58,318.78- |
|  | TRINET HR III, INC 041001039 352101002595 ONE PARK PLACE, SUITE 600 DUBLIN CA 94568 US KEYBANK TRINET REQUEST 20220329MMQFMP9N000141 20220329MMQFMPWD004015 03291045FT01 |  |
| 3/29 | DBT CRD 2303 03/29/22 45977985 HIGHTAIL-OPENTEXT 669-222-8281  GA C#9261 | 16.95- |
| 3/30 | DBT CRD 0819 03/29/22 79949896 TRAVELINGMAILBOX.COM TRAVELINGMAIL NC C#9279 | 22.80- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/04 | 1004 | 2,000.00 | 3/04 | 1006* | 93.33 |

\* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 813,883.08 | 3/14 | 608,147.03 | 3/24 | 594,431.39 |
| 3/02 | 729,316.57 | 3/15 | 609,150.16 | 3/25 | 671,251.29 |
| 3/03 | 736,821.15 | 3/16 | 607,566.81 | 3/28 | 670,859.47 |
| 3/04 | 734,532.82 | 3/17 | 607,536.86 | 3/29 | 611,345.95 |
| 3/08 | 734,511.62 | 3/18 | 616,732.86 | 3/30 | 611,323.15 |
| 3/09 | 672,030.37 | 3/22 | 617,877.84 | 3/31 | 619,273.15 |
| 3/11 | 608,292.25 | 3/23 | 617,877.70 |  |  |



```
                                        Date  3/31/22        Page      7
                                        Primary Account      ████████2005
```

Commercial Checking            ████████2005  (Continued)

*** END OF STATEMENT ***

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THE CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION, SEE BACK FOR ADDITIONAL FEATURES.

**Council For Aid To Education, Inc.**
Debtor in Possession, Case # 21-11221-jlg
1732 First Avenue
New York, NY 10120

1004

DATE 2/16/2022

90-8725/1222

PAY TO THE ORDER OF _STATE OF NEW JERSEY DIVISION of TAXATION_        $ |2,000.00|

_Two thousand_ ⁰⁰/₁₀₀        DOLLARS

axos BANK

MEMO _____

200 5⁴

954 57 0253 SH

Check  1004   Date: 03/04   Amount: $2,000.00

---

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**Council For Aid To Education, Inc.**
Debtor in Possession, Case # 21-11221-jlg
1732 First Avenue
New York, NY 10120

1006

DATE 2/16/2022

90-8725/1222

PAY TO THE ORDER OF _State of NJ Dept of Labor Division of FA_        $ |93.33|

_Ninety three_ ³³/₁₀₀        DOLLARS

axos BANK

MEMO _____

200 5⁴

Check  1006   Date: 03/04   Amount: $93.33

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805   Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)



Citibank CBO Services    020
P.O. Box 6201
Sioux Falls, SD 57117-6201

000/R1/04F000

000
CITIBANK, N. A.
**Account**
████████ 8059
**Statement Period**
Mar 1 - Mar 31, 2022
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

COUNCIL FOR AID TO EDUCATION, INC.
22 SAUNDERS TER
WELLESLEY          MA 02481

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2022

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$230,079.58** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM FEBRUARY 1, 2022 THRU FEBRUARY 28, 2022

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS FLEXIBLE CHECKING # ████ 8059** | | | |
| Average Daily Collected Balance | | | $61,685.25 |
| DEPOSIT SERVICES | | | |
| CHECKS, DEP ITEMS/TICKETS, ACH | 3 | .4500 | 1.35 |
| **WAIVE | | | |
| CITIBUSINESS ONLINE | | | |
| ACH - CBUSOL WEB ACH MODULE | 1 | .0000 | 0.00 |
| **WAIVE | | | |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
| ACH - MONTHLY MAINTENANCE FEEWCM | 1 | 25.0000 | 25.00 |
| DEPOSIT SERVICES | | | |
| REMOTE CHECK MAINTENANCE | 1 | 25.0000 | 25.00 |
| **Total Charges for Services** | | | **$50.00** |
| **Net Service Charge** | | | **$50.00** |

Charges debited from account # ████ 8059

## CHECKING ACTIVITY

**CitiBusiness Flexible Checking**

████ 8059

| | | |
|---|---|---|
| **Beginning Balance:** | $59,892.16 | |
| **Ending Balance:** | $230,079.58 | |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/08 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 50.00 | | 59,842.16 |
| 03/16 | ELECTRONIC CREDIT<br>THE CITY OF NEW   Payments   202203145014105 Mar 16 | | 158,368.06 | 218,210.22 |
| 03/16 | ACH DEBIT<br>QUICKBOOKS      VERIFYBANK      Mar 16 | 0.02 | | 218,210.20 |
| 03/18 | DEBIT CARD PURCH Card Ending in 6858<br>*WLSKZS5          006858 Mar 18<br>INTUIT *QuickBooks On CL.INTUIT.COM CA 22076 | 87.10 | | 218,123.10 |
| 03/22 | ACH DEBIT<br>PHILA INS CO      INS IN    83497613      Mar 22 | 57.92 | | 218,065.18 |

COUNCIL FOR AID TO EDUCATION, INC.

Account █████8059          Page 2 of 2
Statement Period:  Mar 1 - Mar 31, 2022

000/R1/04F000

## CHECKING ACTIVITY                                                                 Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 03/23 | ELECTRONIC CREDIT | | 0.02 | 218,065.20 |
| | QUICKBOOKS      VERIFYBANK          Mar 23 | | | |
| 03/24 | ELECTRONIC CREDIT | | 14,060.00 | 232,125.20 |
| | Stratford School  Payment   9990369        Mar 24 | | | |
| 03/24 | TRANSFER TO COVER OD | 10.00 | | 232,115.20 |
| 03/24 | ACH DEBIT | 678.54 | | 231,436.66 |
| | IRS          USATAXPYMT 227248366005274 Mar 24 | | | |
| 03/24 | ACH DEBIT | 678.54 | | 230,758.12 |
| | IRS          USATAXPYMT 227248366005272 Mar 24 | | | |
| 03/24 | ACH DEBIT | 678.54 | | 230,079.58 |
| | IRS          USATAXPYMT 227248366000178 Mar 24 | | | |
| | **Total Debits/Credits** | **2,240.66** | **172,428.08** | |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                        YOU CAN WRITE:

Checking                                          877-528-0990                          CitiBusiness
                                                       (For Speech and Hearing          100 Citibank Drive
                                                       Impaired Customers Only          San Antonio, TX 78245-9966
                                                       TTY: 800-945-0258)

For change in address, call your account officer or visit your branch.

© 2022 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.