UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
In re:                                                  :
                                                        :   Case No. 21-11221-jlg
COUNCIL FOR AID TO EDUCATION,                           :   Chapter 11
INC.,                                                   :
                                                        :
                        Debtor.                         :
------------------------------------------------------- X

**FINAL DECREE CLOSING THE DEBTOR'S SUBCHAPTER V
CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 3022**

Upon the Motion[1] of the Debtor for entry of a final decree closing the chapter 11 case pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, all as more fully set forth in the Motion; and upon this Bankruptcy Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated January 31, 2012; and this Bankruptcy Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Bankruptcy Court may enter a final order consistent with Article III of the United States Constitution; and this Bankruptcy Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Bankruptcy Court having found that the relief requested in the Motion is in the best interests of the Debtor, the bankruptcy estate and its creditors, and other parties in interest; and this Bankruptcy Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Bankruptcy Court having reviewed the Motion and, if necessary, having heard the statements in support of the relief requested therein at a hearing before this Bankruptcy Court ("Hearing"); and

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings ascribed to them in the Motion.

this Bankruptcy Court having determined that the legal and factual bases set forth in the Motion and (if necessary) at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Bankruptcy Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Debtor's above-captioned chapter 11 case is hereby closed; provided, however, that this Court shall retain such jurisdiction as is provided in Article XI of the Plan and paragraph 69 of the Confirmation Order, which provides for the retention of this Court's exclusive jurisdiction over all matters arising out of, or related to, this chapter 11 case and the Plan, and the entry of this Final Decree is without prejudice to the rights of the Debtor or any party in interest to seek to reopen this case for good cause shown. For the avoidance of doubt, this Order shall not modify the Debtor's remaining obligations under the Plan or any order of the Bankruptcy Court.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

Dated: June 27, 2022
New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE